UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, ET AL.<br><br>　　　　　Defendants. | Case No. 1:23-cv-00903-KRS-JFR |

**Notice of Good Standing for Admission *Pro Hac Vice***

I, John W. ("Don") Barrett, hereby certify that I am an attorney in good standing in the following bars:

| Court | Admission Date |
|---|---|
| Mississippi Bar No. 2063 | 5/15/1969 |
| Southern District of Mississippi | 12/19/1991 |
| Northern District of Mississippi | 5/29/1969 |
| Mississippi Supreme Court | 6/02/1969 |
| Southern District of Illinois | 11/22/1999 |
| Northern District of Ohio | 1/29/2009 |
| U.S. Court of Federal Claims | 10/07/1974 |
| Eastern District of Tennessee | 4/22/1993 |
| Eastern District of Arkansas | 5/26/2000 |
| Western District of Arkansas | 5/26/2000 |
| Northern District of Florida | 12/06/2004 |
| Western District of Tennessee | 8/15/2007 |
| Eastern District of Wisconsin | 6/29/2009 |
| Eastern District of Michigan | 6/15/2012 |
| U.S. Court of Appeals for the Fifth Circuit | 1/19/2010 |

| U.S. Court of Appeals for the First Circuit | 12/16/2010 |
|---|---|
| U.S. Court of Appeals for the Third Circuit | 2/08/1994 |
| U.S. Supreme Court | 11/02/2015 |

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: October 19, 2023

/s/ Don Barrett
John W. ("Don") Barrett
BARRETT LAW GROUP, P.A.
404 Court Square N
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
Dbarrett@barrettlawgroup.com