UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, ET AL.<br><br>Defendants. | Case No. 1:23-cv-00903-KRS-JFR |

**Notice of Good Standing for Admission *Pro Hac Vice***

I, Steven A. Martino, hereby certify that I am an attorney in good standing in the following bars:

| Court | Admission Date |
|---|---|
| Alabama State Bar<br>No: ASB-7433-T69S | 4/24/1984 |
| USDC Southern District of Alabama | 10/6/1986 |
| USDC Middle District of Alabama | 10/4/1988 |
| USDC Northern District of Alabama | 9/10/2002 |
| 11th Circuit Court of Appeals | 2/13/1989 |
| 7th Circuit Court of Appeals | 11/22/2006 |
| 9th Circuit Cout of Appeals | 2009 |

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: October 19, 2023

*/s/ Steven A. Martino*
Steven A. Martino (MAR057)

TAYLOR MARTINO, PC
PO Box 894
Mobile, AL 36601-0894
stevemartino@taylormartino.com
Telephone: (251) 433-3131
Fax: (251) 433-4207