AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| San Miguel Hospital Corporation ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 1:23-cv-00903-KRS-JFR |
| Johnson & Johnson et al. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anda, Inc
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

Allen Pyke
Certified Process Server ID #82
Second Judicial Circuit of Florida
Date: 10/20/27   Time: 12:15

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher A. Dodd and Brooke M. Jordy
Dodd Law Office, LLC
500 Marquette Ave. NW, Ste. 1330, Albuquerque, NM 87102
chris@doddnm.com
brooke@doddnm.com
505-475-2742

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Thursday, October 19, 2023

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

## VERIFIED RETURN OF SERVICE

State of New Mexico     County of DISTRICT OF NEW MEXICO     United States District Court

Case Number: 1:23-CV-00903-KRS-JFR

Plaintiff:
**SAN MIGUEL HOSPITAL CORPORATION**

vs.

Defendant:
**JOHNSON & JOHNSON et al.**

For:
John Barrett
Barrett Law Group
404 Court Square North
Lexington, MS 39095

Received by Vause's Process Service on the 20th day of October, 2023 at 10:30 am to be served on **ANDA INC C/O CORPORATION SERVICE COMPANY RA, 1201 HAYS STREET, TALLAHASSEE, FL**.

I, Allen Pyke, being duly sworn, depose and say that on the **20th day of October, 2023 at 12:15 pm, I:**

Served by delivering in a corporate manner, a true copy of the **Summons & Complaint** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **SEBRENA RANDOLPH** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **CORPORATION SERVICE COMPANY** as **Registered Agent for ANDA INC**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

STATE OF FLORIDA
COUNTY OF LEON

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization on 10/23/2023, by: Allen Pyke, ✓ who is personally known to me, or produced ___ as identification.
_Charlayne Whitaker_
NOTARY PUBLIC

**CHARLAYNE WHITAKER**
Notary Public
State of Florida
Comm# HH247821
Expires 3/31/2026

Allen Pyke
I.D.#82-2nd Circuit

Vause's Process Service
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2023008321

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s