AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| San Miguel Hospital Corporation | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-00903-KRS-JFR |
| Johnson & Johnson et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CVS Indiana, L.L.C.
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher A. Dodd and Brooke M. Jordy
Dodd Law Office, LLC
500 Marquette Ave. NW, Ste. 1330, Albuquerque, NM 87102
chris@doddnm.com
brooke@doddnm.com
505-475-2742

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Thursday, October 19, 2023

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00903-KRS-JFR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CVS Indiana, LLC was received by me on *(date)* Oct 23, 2023, 12:19 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Patrick Jones , who is designated by law to accept service of process on behalf of *(name of organization)* CVS Indiana, LLC on *(date)* Tue, Oct 24 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 10/24/2023

*Server's signature*

Christina Gregory, Process Server

*Printed name and title*

6018 N Keystone Ave, Indianapolis, IN 46220

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 24, 2023, 2:11 pm EDT at 334 N Senate Ave, Indianapolis, IN 46204-1708 received by Patrick Jones. Age: 423; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'8"; Hair: Black; Eyes: Brown; Relationship: Legal Processor;