# AFFIDAVIT OF SERVICE

**State of New Mexico**  **County of** _____   **United States District Court**

Case Number: 1:23-CV-00903-KRS-JFR

**Plaintiff:**
**SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated**
vs.
**Defendant:**
**JOHNSON & JOHNSON et al.**

For: Barrett Law Group

Received by MYERS ATTORNEY'S SERVICE to be served on **WAL-MART STORES EAST, LP BY SERVING CT CORPORATION SYSTEM AS REGISTERED AGENT, 124 WEST CAPITOL AVE. STE. 1900, LITTLE ROCK, AR 72201.** I, _Alex Taylor Holland_, being duly sworn, depose and say that on the _26th_ day of _October_, 20_23_ at _2:06_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, TABLE OF CONTENTS, COMPLAINT** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(X) CORPORATE SERVICE: By Serving _Karen Price_ as _Intake Specialist_.

( ) OTHER SERVICE: See Comments Below:
( ) NON SERVICE: See Comments Below:

Service Was Completed At:
(X) ADDRESS ABOVE
( ) OTHER ADDRESS: _____

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

County of _Pulaski_

Subscribed and Sworn to before me on this _30_ day of _Oct_, 20_23_ by the affiant who is personally known to me.

_____ / _____
NOTARY PUBLIC       My commission expires: 1/27/25

[Notary Seal: MARRISSA DOAN, COMM. EXP. 1-27-2025, No. 12402652, SALINE COUNTY, NOTARY PUBLIC - ARKANSAS]

_____
PROCESS SERVER # _126_
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
323 Center Street
Suite 1425
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2023014863

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k