AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| San Miguel Hospital Corporation | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 1:23-cv-00903-KRS-JFR |
| Johnson & Johnson et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Xcenda LLC
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher A. Dodd and Brooke M. Jordy
Dodd Law Office, LLC
500 Marquette Ave. NW, Ste. 1330, Albuquerque, NM 87102
chris@doddnm.com
brooke@doddnm.com
505-475-2742

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Thursday, October 19, 2023

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

## VERIFIED RETURN OF SERVICE

Job # 4049

**Client Info:**

Barrett Law Group, P.A.
Nanci-Taylor Maddux
404 Court Square N
Lexington, MS  39095

**Case Info:**

**Plaintiff:**
San Miguel Hospital Corporation d/b/a Alta Vista Regional Hospital
 -versus-
**Defendant:**
Johnston & Johnson, et al.

District of New Mexico

County of San Miguel, New Mexico
Court Case # **1:23-cv-00903**

**Service Info:**

**Date Received: 10/20/2023** at **10:33 AM**
**Service:** I Served **Xcenda LLC c/o CT Corporation System**
With: **Summons and Complaint**
by leaving with **Donna Moch, EMPLOYEE-AUTHORIZED TO ACCEPT**

**At Business 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324**
Latitude: **26.106247**,   Longitude: **-80.261041**

On **10/20/2023** at **11:30 AM**
**Manner of Service: CORPORATE R/A**
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

**Served Description:  (Approx)**

Age: **45**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **145**, Hair: **Brown** Glasses:  **No**

I **Mikhael Goldgisser** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Mikhael Goldgisser**
Lic # **1556**

**Barrett Law Group, P.A.**
404 Court Square N
Lexington, MS 39095

Ref # 4049


