AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| San Miguel Hospital Corporation ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> ) <br> Johnson & Johnson et al. ) <br> ) <br> ) <br> ) <br> *Defendant(s)* ) | Civil Action No. 1:23-cv-00903-KRS-JFR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CVS TN Distribution, L.L.C.
c/o CT Corporation System
300 Montvue Rd
Knoxville, TN 37919-5546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher A. Dodd and Brooke M. Jordy
Dodd Law Office, LLC
500 Marquette Ave. NW, Ste. 1330, Albuquerque, NM 87102
chris@doddnm.com
brooke@doddnm.com
505-475-2742

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Thursday, October 19, 2023         Jacob Garcia
                                          *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-00903-KRS-JFR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CVS TN Distribution LLC c/o CT Corporation System
was received by me on *(date)* 25 October 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System  Samantha Sutton, Authorized Representative who is designated by law to accept service of process on behalf of *(name of organization)* CVS TN Distribution LLC on *(date)* October 26th 2023 ; or 11:44am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/26/2023

Server's Signature

William Johnson
16 Emory Place #201
Knoxville, TN 37917
(865) 399-3115

Server's address

Additional information regarding attempted service, etc:

Served @ 300 Montvue Rd Knoxville TN 37919