# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, ET AL.<br><br>　　　　　　Defendants. | Case No. 1:23-cv-00903-KRS-JFR |

## Notice of Good Standing for Admission *Pro Hac Vice*

I, Darren P. Nicholson, hereby certify that I am an attorney in good standing in the following bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| All Courts in the State of Texas | 11/02/2001 | 24032789 |
| All Courts in the District of Columbia | 08/05/2002 | 478659 |
| All Courts in the State of West Virginia | 03/17/2021 | 13960 |
| United States District Court for the Northern District of Texas | 04/25/2008 | |
| United States District Court for the Eastern District of Texas | 05/08/2008 | |
| United States District Court for the Southern District of Texas | 09/10/2012 | 1561630 |
| United States District Court for the Western District of Texas | 10/17/2012 | |
| United States Court of Appeal for the DC Circuit | 09/28/2006 | |
| United States Court of Appeal for the 5th Circuit | 06/07/2010 | |
| United States Court of Appeal for the Federal Circuit | 04/07/2014 | |
| Supreme Court of the United States | 02/25/2008 | |

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: October 31, 2023

*/s/ Darren P. Nicholson*

Darren P. Nicholson
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
dnicholson@burnscharest.com