# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,

        Plaintiff,

v.

JOHNSON & JOHNSON, ET AL.

        Defendants.

Case No. 1:23-cv-00903-KRS-JFR

## Notice of Good Standing for Admission *Pro Hac Vice*

I, Korey A. Nelson, hereby certify that I am an attorney in good standing in the following bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| All Courts in the State of Louisiana | 10/28/2005 | 30002 |
| All Courts in the State of New York | 07/23/2008 | |
| All Courts in the Territory of the United States Virgin Islands | 11/20/2015 | R2012 |
| United States District Court for the Middle District of Louisiana | 07/12/2016 | |
| United States District Court for the Eastern District of Louisiana | 10/03/2007 | |
| United States District Court for the Western District of Louisiana | 10/29/2007 | |
| United States District Court for the Eastern District of New York | 08/20/2021 | |
| United States Court of Appeals for the 3rd Circuit | 10/05/2022 | |
| United States Court of Appeals for the 5th Circuit | 05/04/2018 | |

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

Dated: October 31, 2023

/s/ *Korey A. Nelson*
Korey A. Nelson
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
Fax: (504) 881-1765
knelson@burnscharest.com