## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, ET AL.<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-00903-KRS-JFR |

### Notice of Good Standing for Admission *Pro Hac Vice*

I, Patrick Murphree, hereby certify that I am an attorney in good standing in the following bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| All Courts in the State of Louisiana | 10/19/2017 | 37813 |
| United States District Court for the Middle District of Louisiana | 04/05/2018 | |
| United States District Court for the Eastern District of Louisiana | 04/05/2018 | |
| United States District Court for the Western District of Louisiana | 04/05/2018 | |
| United States Court of Appeals for the 3rd Circuit | 10/03/2022 | |
| United States Court of Appeals for the 5th Circuit | 04/05/2018 | |

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: October 31, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Patrick Murphree*
　　　　　　　　　　　　　　　　　　　　Patrick Murphree
　　　　　　　　　　　　　　　　　　　　BURNS CHAREST LLP
　　　　　　　　　　　　　　　　　　　　365 Canal Street, Suite 1170
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130
　　　　　　　　　　　　　　　　　　　　Tel: (504) 799-2845
　　　　　　　　　　　　　　　　　　　　Fax: (504) 881-1765
　　　　　　　　　　　　　　　　　　　　pmurphree@burnscharest.com