# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SAN MIGUEL HOSPITAL CORPORATION,
d/b/a ALTA VISTA REGIONAL HOSPITAL, on
behalf of itself and all others similarly situated,

           Plaintiff,

v.

JOHNSON & JOHNSON, ET AL.

           Defendants.

**Case No. 1:23-cv-00903-KRS-JFR**

## Notice of Good Standing for Admission *Pro Hac Vice*

I, Warren T. Burns, hereby certify that I am an attorney in good standing in the following

bars:

| Court | Date of Admission | Bar Number |
|---|---|---|
| All Courts in the State of Texas | 05/04/2006 | 24053119 |
| United States District Court for the Northern District of Texas | 12/22/2005 | |
| United States District Court for the Eastern District of Texas | 01/09/2006 | |
| United States District Court for the Southern District of Texas | 02/01/2006 | 611613 |
| United States District Court for the Western District of Texas | 05/18/2006 | |
| United States District Court for the Eastern District of Michigan | 08/01/2012 | |
| United States District Court for the District of Colorado | 09/25/2020 | |
| All Courts in the State of New York | 04/19/2005 | 4312906 |
| United States District Court for the Southern District of New York | 10/18/2011 | WB1066 |
| United States District Court for the Eastern District of New York | 08/05/2021 | |
| US Court of Federal Claims | 01/08/2018 | |
| All Courts in the Territory of the United States Virgin Islands | 11/20/2015 | R2004 |
| United States Court of Appeals for the 1st Circuit | 09/04/2013 | 1159928 |
| United States Court of Appeals for the 2nd Circuit | 03/25/2014 | |
| United States Court of Appeals for the 3rd Circuit | 08/09/2013 | |
| United States Court of Appeals for the 5th Circuit | 01/10/2006 | |

| Court | Date of Admission | Bar Number |
|---|---|---|
| United States Court of Appeals for the 9th Circuit | 01/14/2013 | |
| United States Court of Appeals for the 10th Circuit | 04/28/2004 | |
| United States Court of Appeals for the D.C. Circuit | 09/16/2013 | 55000 |

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: October 31, 2023

*/s/ Warren T. Burns*

Warren T. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com