AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| San Miguel Hospital Corporation | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-00903-KRS-JFR |
| Johnson & Johnson et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Walgreens Boots Alliance, Inc
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher A. Dodd and Brooke M. Jordy
Dodd Law Office, LLC
500 Marquette Ave. NW, Ste. 1330, Albuquerque, NM 87102
chris@doddnm.com
brooke@doddnm.com
505-475-2742

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Thursday, October 19, 2023

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

# Affidavit of Process Server

| San Miguel Hospital Corp. | VS | Johnson & Johnson, et al. | 1 23 v 903 KRS JFR |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Philip Cravens** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Walgreens Boots Alliance, Inc.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $ 0.00 witness fee and mileage
☐ Summons and Complaint

by serving (NAME) **Baylon Elgren, Clerk**
at ☐ Home
☐ Business **801 Adlai Stevenson Dr., Springfield, IL**
☐ on (DATE) **October 26, 2023** at (TIME) **10:10 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Baylon Elgren, Clerk**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address      ☐ Evading              ☐ Other: _____
☐ Address does not exist   ☐ Service canceled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:
( ) DATE TIME  ( ) DATE TIME  ( ) DATE TIME
( ) DATE TIME  ( ) DATE TIME  ( ) DATE TIME

**Description:**
- ■ Male / ☐ Female / ☐ Glasses
- ■ White / ☐ Black / ☐ Hispanic / ☐ Asian / ☐ Indian
- ☐ Black Hair / ■ Brown Hair / ☐ Blond Hair / ☐ Gray Hair / ☐ Red Hair
- ☐ White Hair / ☐ Balding / ☐ Mustache / ☐ Beard
- ☐ 14-20 Yrs. / ☐ 21-35 Yrs. / ■ 36-50 Yrs. / ☐ 51-65 Yrs. / ☐ Over 65 Yrs.
- ☐ Under 5' / ☐ 5'-5'3" / ☐ 5'4"-5'8" / ☐ 5'9"-6' / ■ Over 6'
- ☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☐ 131-160 Lbs. / ☐ 161-200 Lbs. / ■ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 31st day of October 2023

_Pamela J. Cravens_
Notary Public

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS