AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| San Miguel Hospital Corporation | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-00903-KRS-JFR |
| Johnson & Johnson et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Walgreen Eastern Co., Inc.
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher A. Dodd and Brooke M. Jordy
Dodd Law Office, LLC
500 Marquette Ave. NW, Ste. 1330, Albuquerque, NM 87102
chris@doddnm.com
brooke@doddnm.com
505-475-2742

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Thursday, October 19, 2023

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

ATTORNEY(S):
Index # : 1:23-cv-00903-KRS-JFR
PURCHASED/FILED : October 19, 2023
STATE OF : New Mexico
COURT : U.S. District
COUNTY/DISTRICT : xxxxxx

# AFFIDAVIT OF SERVICE

SAN MIGUEL HOSPITAL CORPORATION

vs

JOHNSON & JOHNSON, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF <u>NEW YORK</u>   COUNTY OF <u>ALBANY</u>

<u>KYLE WARNER</u>, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on **OCTOBER 24, 2023** at **3:07PM** at <u>c/o CSC 80 STATE STREET, ALBANY, NY 12207</u> deponent did serve the following :
(Address where service was accomplished.)

## SUMMONS IN A CIVIL ACTION & COMPLAINT

on: **WALGREEN EASTERN CO., INC.**

Defendant (herein called recipient) therein named. , SS.:

INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORP. [x] A corporation, by delivering thereat a true copy of each to **MINARD CARKNER** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **AUTHORIZED AGENT** thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

Previous attempts at personal service are as follows:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

SUITABLE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion who agreed to accept on behalf of the party.. Said premises is recipient's:   [ ] dwelling house (usual place of abode). [ ] actual place of business

AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

MAILING COPY [ ] On _____ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

The outside of the envelope did not include a return address or indicate that the communication was from an attorney.

DESCRIPTION [x] A description of the person served is as follows:
(use with #1, 2 or 3) Sex **MALE** Color of skin **WHITE** Hair **RED** Approx.Age **45YRS** Approx.Height **6'** Approx. weight **200LBS** Other _____

WIT. FEES [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL [x] To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this
24th day of October, 2023

NOTARY PUBLIC
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

KYLE WARNER

Invoice·Work Order # 2347091

Attorney File #   **San Miguel v. Johnson**