IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAN MIGUEL HOSPITAL CORPORATION,
d/b/a ALTA VISTA REGIONAL HOSPITAL, on
behalf of itself and all others similarly situated,

   Plaintiff,           1:23-cv-00903-KWR-JFR

v.

JOHNSON & JOHNSON, JANSSEN
PHARMACEUTICALS, INC. (f/k/a ORTHO-
MCNEIL-JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA, INC.),
GRÜNENTHAL USA, INC.; GRÜNENTHAL
PHARMACEUTICALS, INC.; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.),
ALLERGAN SALES, LLC, ALLERGAN USA,
INC., ABBVIE, INC., TEVA PHARMACEUTICALS
USA, INC., CEPHALON, INC., WATSON
LABORATORIES, INC., ACTAVIS PHARMA, INC.
(f/k/a WATSON PHARMA INC.), ACTAVIS LLC
(f/k/a ACTAVIS INC.), AMERISOURCEBERGEN
DRUG CORPORATION, XCENDA L.L.C., ANDA, INC.,
CARDINAL HEALTH, INC., H.D. SMITH, LLC
(f/k/a H.D. SMITH WHOLESALE DRUG CO.),
MCKESSON CORPORATION, WALGREEN CO.
WALGREEN EASTERN CO., INC., WALGREENS
BOOTS ALLIANCE, INC., CVS HEALTH
CORPORATION, CVS PHARMACY, INC., CVS
INDIANA L.L.C., CVS RX SERVICES, INC.,
CVS ORLANDO FL DISTRIBUTION, L.L.C.,
CVS TN DISTRIBUTION, L.L.C., CVS HEALTH
SOLUTIONS LLC, CVS HOLDING, INC., CVS
WELLNESS REDISCOVERY LLC, WALMART INC.
(f/k/a WAL-MART STORES, INC.), WAL-MART
STORES EAST, LP, SAM'S EAST, INC., SAM'S WEST, INC.,
WSE MANAGEMENT, LLC, WSE INVESTMENT LLC,
WAL-MART STORES EAST, LLC, and
NORAMCO, INC.,

   Defendants.

**ENTRY OF APPEARANCE**

COME NOW, Douglas A. Baker and Justin D. Rodriguez, of Atkinson, Baker & Rodriguez, P.C., and hereby enter their appearance as counsel of record on behalf of Defendant Xcenda, LLC, in the above-referenced case.

Respectfully submitted,

ATKINSON, BAKER & RODRIGUEZ, P.C.

*/s/ Douglas A. Baker*
Douglas A. Baker
Justin D. Rodriguez
Atkinson, Baker & Rodriquez, P.C.
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
Tel:  (505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

*Attorneys for Xcenda, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of November, 2023, I filed the foregoing *Entry of Appearance* electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

ATKINSON, BAKER & RODRIGUEZ, P.C.

*/s/ Douglas A. Baker*
Douglas A. Baker