IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAN MIGUEL HOSPITAL CORPORATION
d/b/a ALTA VISTA REGIONAL HOSPITAL,
on behalf of itself and all others similarly
situated,

      Plaintiff,

  vs.                                  Civ. No. 23-903 KWR/JFR

JOHNSON & JOHNSON, et al.,

      Defendants.

## ORDER FINDING GOOD CAUSE TO DELAY SCHEDULING ORDER

**THIS MATTER** is before the Court *sua sponte*. On November 13, 2023, the Court entered an Order on Stipulated Motion to Set Briefing Schedule and Page Limits for Motions to Dismiss Plaintiff's Complaint. Doc. 61. Pursuant to Fed. R. Civ. P. 16(b)(2), the Court finds good cause to delay entering a scheduling order pending the resolution of the anticipated motions to dismiss. The Court, therefore, will schedule an initial scheduling conference, if necessary, when the motions are resolved.

      **IT IS SO ORDERED.**

                                              **JOHN F. ROBBENHAAR**
                                              **United States Magistrate Judge**