## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Johnson & Johnson, *et al.*,<br><br>Defendants. | No. 1:23-cv-00903-KWR/JFR |

### STIPULATED MOTION TO SET BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff San Miguel Hospital Corporation, d/b/a Alta Vista Regional Hospital ("Plaintiff"), by and through its undersigned counsel, and Defendants that were named in Plaintiff's original Complaint,[1] by and through their undersigned counsel, hereby stipulate and move the Court as follows:

WHEREAS, on March 18, 2024 Plaintiff filed a corrected First Amended Complaint ("Plaintiff's First Amended Complaint");

---

[1] The Defendants named in Plaintiff's original Complaint that are joining this stipulation are:  Johnson & Johnson and Janssen Pharmaceuticals, Inc. (f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.); specially appearing Noramco, LLC (improperly named Noramco, Inc.); specially appearing Grünenthal USA, Inc.; specially appearing Grünenthal Pharmaceuticals, Inc.; Allergan Finance, LLC; Allergan Sales, LLC; Allergan USA, Inc.; AbbVie Inc.; AmerisourceBergen Drug Corporation; Xcenda L.L.C.; Cardinal Health, Inc.; H. D. Smith, LLC (f/k/a H. D. Smith Wholesale Drug Co.); McKesson Corporation; CVS Pharmacy, Inc.; CVS Rx Services, Inc.; CVS Orlando FL Distribution, L.L.C.; Walmart Inc.; Walgreens Boots Alliance, Inc.; Walgreen Co.; and Walgreen Eastern Co., Inc.

All Defendants expressly reserve, and do not waive, any and all defenses pertaining to personal jurisdiction.  Out of an abundance of caution and in order to preserve certain defenses, some named defendants have not joined this stipulation, but the parties agree that the briefing schedule set forth in this stipulation will apply to all defendants named in Plaintiff's First Amended Complaint.

WHEREAS, Plaintiff and the Defendants named in the original Complaint previously stipulated to a briefing schedule for motions to dismiss Plaintiff's original Complaint, which this Court entered on November 13, 2023 (ECF No. 61);

WHEREAS, Defendants filed motions to dismiss the original Complaint pursuant to that stipulated schedule on January 19, 2024;

WHEREAS, the parties have agreed there is good reason to extend the deadline for Defendants to answer, move, or otherwise respond to the First Amended Complaint; and

WHEREAS, the parties have agreed that it is in the interest of the parties and Court to set a coordinated briefing schedule for Defendants' motions to dismiss Plaintiff's First Amended Complaint;[2] and

WHEREAS, as in other litigation related to prescription opioids in other federal courts, Defendants will endeavor to file consolidated motions and other papers where possible, including but not limited to briefing by "Industry Group" (i.e., Manufacturer Defendants, Distributor Defendants, and Pharmacy Defendants);

NOW, THEREFORE, Plaintiff and the undersigned Defendants hereby stipulate and move the Court for entry of its Order as follows:

1.     Each Industry Group shall file its motion to dismiss the First Amended Complaint by May 2, 2024, limited to forty (40) pages per motion.  Any of those pages may be allocated to a motion filed collectively by all Defendants.[3]

---

[2] Plaintiff's First Amended Complaint named for the first time several new defendants, many or all of whom have not yet been served and/or entered appearances in this matter.  These newly-added defendants are not presently parties to this stipulation.  Plaintiff nevertheless agrees that other newly-added defendants may choose to, but are not required to, use these dates as the operative deadlines should they also file a motion to dismiss as part of an industry group or on jurisdictional grounds pursuant to Paragraph 4.

[3] For example, if Defendants file a collective motion of 15 pages, each Industry Group may file its own motion of no more than 35 pages.

2.      Plaintiff shall file its oppositions to Defendants' motions by June 17, 2024, limited to forty (40) pages per opposition, not to exceed 120 pages in total.

3.      Each Industry Group shall file its reply in support of its motion by July 17, 2024, limited to twenty (20) pages per reply.  Any of those pages may be allocated to a reply filed collectively by all Defendants.

4.      Any Defendant also may file a supplemental motion to dismiss the First Amended Complaint related to arguments unique to that Defendant (e.g., jurisdictional defenses).  Briefing related to such Defendant-specific motions will be subject to the above briefing schedule.  Each motion and opposition shall be limited to ten (10) pages and each reply shall be limited to five (5) pages.[4]

5.      All defenses and objections to the Court's jurisdiction and under Fed. R. Civ. P. 12 are expressly reserved.

6.      A proposed Order agreed to by all counsel is simultaneously submitted to the Court.

Dated:  March 21, 2024

Respectfully Submitted:

**FOR PLAINTIFF:**

*/s/ Warren Burns*

Christopher A. Dodd
Brooke Jordy
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
Tel: (505) 475-2932
chris@doddnm.com

---

[4] Defendants anticipate that the number of such Defendant-specific motions will be limited.

brooke@doddnm.com


Additional Counsel for Plaintiff Who Will Seek Admission *Pro Hac Vice*:

Steve Martino
TAYLOR MARTINO, P.C.
51 St. Joseph St.
Mobile, AL 36602
Telephone: (251) 433-3131
SteveMartino@taylormartino.com
John W. (Don) Barrett
David McMullan, Jr.
Richard Barrett
Sterling Aldridge

BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
saldridge@barrettlawgroup.com

Warren Burns
Darren Nicholson
BURNS CHAREST, LLP
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dnicholson@burnscharest.com

Korey A. Nelson
Patrick Murphree
BURNS CHAREST, LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
pmurphree@burnscharest.com
Charles J. LaDuca

David L. Black
Monica Miller
Jennifer E. Kelly

CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
charles@cuneolaw.com
dblack@cuneolaw.com
monicam@cuneolaw.com
jkelly@cuneolaw.com

*Attorneys for Plaintiff*


**FOR DEFENDANTS:**


ATKINSON, BAKER & RODRIGUEZ, P.C.
*/s/ Justin D. Rodriguez*
Douglas A. Baker
Justin D. Rodriguez
Atkinson, Baker & Rodriquez, P.C.
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
Tel: (505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Robert A. Nicholas (*pro hac vice*)
Joseph J. Mahady (*pro hac vice*)
Anne Rollins Bohnet (*pro hac vice*)
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
rnicholas@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

*Attorneys for Defendants AmerisourceBergen Drug
Corporation and Xcenda L.L.C.*


ATKINSON, BAKER & RODRIGUEZ, P.C.
*/s/ Justin D. Rodriguez*
Douglas A. Baker
Justin D. Rodriguez

Atkinson, Baker & Rodriquez, P.C.
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
Tel: (505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

Brian T. Himmel (*pro hac vice*)
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-4058
bhimmel@reedsmith.com

*Attorneys for Defendant H. D. Smith, LLC f/k/a H.
D. Smith Wholesale Drug Co.*


By:   /s/   Steve   Brody
Steve Brody (*pro hac vice* forthcoming)
O'MELVENY & MYERS LLP
1625 Eye Street NW Washington, DC 20006
(202) 383-5300
sbrody@omm.com

Charles C. Lifland (*pro hac vice* forthcoming*)*
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

Benjamin Allison
Justin Miller
BARDACKE ALLISON LLP
141 E. Palace Avenue, 2nd Floor
Santa Fe, NM 87501
505-995-8000
ben@bardackeallison.com
justin@bardackeallison.com

*Attorneys for Defendants Johnson & Johnson and
Janssen Pharmaceuticals, Inc. (f/k/a Ortho-McNeil-
Janssen Pharmaceuticals, Inc. f/k/a Janssen
Pharmaceutica Inc.)*

6

/s/ Jaime L. Dawes
Jaime L. Dawes
STELZNER, WINTER, WARBURTON,
FLORES, SANCHEZ & DAWES, P.A.
P.O. Box 528
Albuquerque, NM 87103
Telephone: (505) 938-7770
jd@stelznerlaw.com

Jenny A. Hergenrother (*pro hac vice* forthcoming)
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
jenny.hergenrother@alston.com

Michael Kaeding (*pro hac vice* forthcoming)
ALSTON & BIRD LLP
555 Fayetteville Street
Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
mike.kaeding@alston.com

*Attorneys for Specially Appearing Noramco, LLC*

YLAW, P.C.

/s/ Sean E. Garrett
Sean E. Garrett
4908 Alameda Blvd NE
Albuquerque NM 87113
Phone: (505) 266-3995
sgarrett@ylawfirm.com

*Attorney for Specially Appearing Defendants
Grünenthal USA, Inc., and
Grünenthal Pharmaceuticals, Inc.*

/s/ Brandon M. Meyers
H. Brook Laskey
Brandon M. Meyers

Lauren M. Swol
MCCOY LEAVITT LASKEY LLC
317 Commercial St. NE, Ste. 200
Albuquerque, NM 87102
Phone: (505) 246-0455
E-mails: blaskey@mlllaw.com;
bmeyers@mlllaw.com; lswol@mlllaw.com

*/s/  Tara A. Fumerton*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
111 North Wacker
Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

*/s/ Alex C. Walker*
MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.
Alex C. Walker
Celina C. Baca
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico  87103-2168
Telephone: 505.848.1800
awalker@modrall.com
celina.baca@modrall.com

ZUCKERMAN SPAEDER LLP
Eric R. Delinsky (*pro hac vice)*
Alexandra W. Miller (*pro hac vice)*
Anthony M. Ruiz (*pro hac vice*)
Aaron Chou (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
E-mail: smiller@zuckerman.com
E-mail: edelinsky@zuckerman.com
E-mail: aruiz@zuckerman.com

E-mail: achou@zuckerman.com


*Counsel for CVS Pharmacy, Inc., CVS Rx Services, Inc.,*
*and CVS Orlando FL Distribution, L.L.C.*


*/s/ Christian Pistilli*
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5342
cpistilli@cov.com

*Attorneys for Defendant McKesson Corporation*


BROWNSTEIN HYATT FARBER SCHRECK,
LLP

*By        /s/ Eric R. Burris*
Eric R. Burris
Debashree Nandy
201 Third Street NW Suite 1800
Albuquerque, New Mexico 87102-4386
(505) 724-9563
eburris@bhfs.com
rnandy@bhfs.com

*Attorneys for Defendants Allergan Finance, LLC;*
*Allergan Sales, LLC; and Allergan USA, Inc.*


BROWNSTEIN HYATT FARBER SCHRECK,
LLP

*By        /s/ Eric R. Burris*
Eric R. Burris
Debashree Nandy
201 Third Street NW Suite 1800
Albuquerque, New Mexico 87102-4386
(505) 724-9563
eburris@bhfs.com
rnandy@bhfs.com

*Attorneys for Defendant AbbVie Inc.*


*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr (*pro hac vice* forthcoming)
Jean Tinkham (*pro hac vice* forthcoming)
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
jean.tinkham@bartlitbeck.com

*Attorneys for Walgreens Boots Alliance, Inc.,*
*Walgreen Co., and Walgreen Eastern Co., Inc.*



*/s/ Melanie B. Stambaugh*
Melanie B. Stambaugh
RODEY, DICKASON, SLOAN, AKIN
& ROBB, P.A.
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
mstambaugh@rodey.com

Jennifer G. Wicht (*pro hac vice*)
Steven M. Pyser (*pro hac vice*)
Richard S. Cleary, Jr. (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5331
jwicht@wc.com
spyser@wc.com
rcleary@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of March, 2024, I filed the foregoing *Stipulated Motion* electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:


ATKINSON, BAKER & RODRIGUEZ, P.C.

*/s/ Douglas A. Baker*
Douglas A. Baker