# EXHIBIT B-1



900 Jackson Street, Suite 500
Dallas, TX 75202
469-904-4550
www.burnscharest.com

# WARREN TAVARES BURNS

*Curriculum Vitae*

**My Practice**

I focus my practice on high-stakes litigation affecting the lives and interests of thousands of individuals and businesses. I have tried and litigated numerous cases involving price fixing, monopolization, bad drugs, toxic exposure, breach of contract, intellectual property, business torts, consumer protection statutes, and accounting malpractice.

I am an effective leader. I have organized and led numerous complex consolidated class actions requiring me and my leadership team to marshal the talents of dozens of co-counsel from case inception to trial.

I achieve results. Since 2017, I have represented over 1,000 American hospitals in highly complex litigation against opioid manufacturers, distributors, and retail pharmacies. In multiple cases spanning federal and state courts across the country, I have led teams whose efforts to date have resulted in over $600 million in settlements for the hospitals. In 2025, I will lead the trial team representing Florida hospitals in their suit against retail pharmacy defendants.

In 2023, I negotiated a settlement on behalf of over 900 workers who were exposed to asbestos at an oil refinery on St. Croix in the U.S. Virgin Islands. After taking one of my clients' cases to the brink of trial, the defendant bankrupted its subsidiary and shifted the fight to bankruptcy court. After months of intense litigation where the debtor and its parent company denied any liability, I secured a settlement that provides $105 million for current victims and tens of millions in additional compensation for those who get sick in the future.

In 2022, after five years of hard-fought litigation in Kansas City, Kansas, and on the eve of a trial that I was poised to lead, I negotiated a settlement with the remaining defendant in a nationwide antitrust and RICO class action against the manufacturer and marketer of the EpiPen. In total, the defendants paid $609 million to a class of people and businesses who had paid inflated prices for the lifesaving device. EpiPen was the first consumer and business case to take on corporations for headline-producing pharmaceutical price increases.

In 2020 as the COVID virus raged and shut down courtrooms, I did not stop working for my clients. In a landmark class action settlement, I represented a class of thousands of

American businesses who had contracted with Blue Cross / Blue Shield entities to administer their self-funded healthcare plans.  Along with attorneys representing fully insured clients, I negotiated a $2.67 billion dollar settlement on behalf of the combined classes that includes meaningful institutional change.  Our settlement has withstood every level of appellate scrutiny and is now being administered.

In 2019, I represented a class of thousands of American dentists who sued industry giant 3M Corporation over defective crowns that had been placed in patients' mouths.  Saving my clients millions in litigation costs, I was able to negotiate an early settlement with 3M that provided over $30 million to compensate dentists for their expenses in remediating the faulty crowns.

In 2012, I helped lead a trial team that took the first mortgage-backed-securities related case to trial.  In a landmark and game-changing trial, we secured a $106 million judgment on behalf of our client and obtained key pre-trial determinations that had a domino effect in related cases.

**Legal Education and Training**

Tulane University Law School, summa cum laude
Editor in Chief of the Tulane Law Review
John Minor Wisdom Award, Tulane's highest prize for graduating law students.

Law Clerk for the Hon. Paul J. Kelly, Jr. on the U.S. Court of Appeals for the Tenth Circuit

**Admissions & Honors**

2014 to Present:  International Who's Who of Competition Lawyers.

2015 to Present:  Top 100 National Trial Lawyers.

2016 to Present:  American Law Institute.

2019 to Present: Best Lawyers in America, Antitrust and Commercial Litigation.

2019 to Present:  Texas Super Lawyer.

2021 to Present: Lawdragon's 500 Leading Plaintiff Consumer Lawyers and Lawdragon's 500 Leading Plaintiff Financial Lawyers.

2022:  EpiPens, Outstanding Achievement in Private Law Practice from the American Antitrust Institute.

Fellow of the American Bar Foundation.

— burns charest llp —

Member of the Dallas Bar Association and the American Bar Association.

Member of the American Association for Justice and the Texas Trial Lawyers Association.

Fellow in the Southern Trial Lawyers Association.

**Representative Cases**

ANTITRUST CLASS ACTION:  Co-Lead Counsel for the Automobile Dealer Plaintiffs, in *In re: Passenger Vehicle Replacement Tires Antitrust Litigation*, in the Northern District of Ohio.

INDIVIDUAL ACTIONS/RICO CLASS ACTION/CLASS SETTLEMENTS:  One of five lead counsel for over 1,000 American hospitals in nationwide litigation against opioid manufacturers, distributors, and retail pharmacies.  *In Re: National Prescription Opiate Litigation*, in the Northern District of Ohio.  Lead trial counsel for Florida hospitals.  *Florida Health Sciences Center, Inc et al v Richard Sackler et al*, in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.  Negotiated over $600 million in settlements to date.

ANTITRUST CLASS ACTION/CLASS SETTLEMENTS:  Co-Lead Counsel and Lead Trial Counsel in *In re EpiPens Marketing, Sales and Antitrust Litigation*, in the District of Kansas.  Obtained $609 million in settlements for the Class.

ANTITRUST CLASS ACTION/CLASS SETTLEMENT:  Lead Counsel for class of purchasers of administrative services from BlueCross/BlueShield entities.  Negotiated $2.6 billion settlement and final agreement, resulting in final approval in 2022.  After unsuccessful appeal and petition for writ by objectors, settlement is now being administered.

ENVIRONMENTAL CLASS ACTION:  Lead Counsel in environmental case alleging that rum aging process on St. Croix, USVI, resulted in damage to nearby properties from Rum Fungus.  Obtained a class settlement funded in part by sale of warehouse facilities in 2022.

USVI MASS ACTIONS:  Lead Trial Counsel for hundreds of individuals exposed to asbestos by oil refining facilities.  Negotiated an $84 million settlement on behalf of nearly 500 plaintiffs in 2018 on the eve of trial.  Negotiated a $105 million settlement for current claimants in bankruptcy proceedings in 2023.

BREACH OF CONTRACT CLASS ACTION/CLASS SETTLEMENT:  Co-Lead Counsel for a class of dentists suing a crown manufacturer for defective products in *Bhatia, et al. v. 3M Co.*, File No. 0:16-cv-01304-DWF-DTS.  Obtained $32.5 million settlement for the Class.

USVI CONCRETE ANTITRUST CLASS ACTION:  Lead Counsel in putative class action against concrete companies alleging illegal conspiracy to divide the USVI market.  Case is ongoing.

ANTITRUST CLASS ACTION / LEADERSHIP:  Executive Committee Member in *In re Domestic Airlines Antitrust Litigation* (2015-present) now pending in the District of Columbia. The clients have alleged that the nation's four major airlines conspired to restrict capacity to fuel record-high profits.  Summary judgment motion denied.

ANTITRUST CLASS ACTION / CONFIDENTIAL SETTLEMENTS:  Co-Lead Counsel in *In re Automotive Parts Antitrust Litigation* (2011-2015) in the Eastern District of Michigan.  Case resulted in over $1 billion in settlements for the end-payor class.

COMMERCIAL CASES / CONFIDENTIAL SETTLEMENTS: Lead trial counsel in three cases against natural gas giant Chesapeake for breach of contract and underpayment of royalties relating to the oil and gas lease on the Dallas/Fort Worth International Airport.

COMMERCIAL CASE / CONFIDENTIAL SETTLEMENT: Lead trial counsel in a confidential arbitration representing a telecommunications company in its suit against its former billing aggregator.

SECURITIES CLASS ACTION / DEFENSE COUNSEL: Counsel in *Brady v. Kosmos Energy, Ltd.* (N.D. Tex.) (2012-13) Defended a start-up oil and gas company against allegations centering on its initial public offering. Class certification denied.

COMMERCIAL CASE / JUDGMENT EXCEEDING $100 MILLION: Trial counsel in *Assured Guaranty v. Flagstar Bank* (S.D.N.Y.) (2011-2012), the first case to go to trial related to the residential mortgage-backed securities market meltdown.

CLASS ACTION / JUDGMENT EXCEEDING $16 MILLION: Counsel in *In re Universal Service Fund Litigation* (D. Kan.) (2005-2013). Won a breach of contract case claim for AT&T's California landline telecommunications customers.

ANTITRUST CLASS ACTION / SETTLEMENTS EXCEEDING $50 MILLION: Counsel in *In re Ready-Mixed Concrete Antitrust Litigation* (S.D. Ind. 2005-2010). The case was resolved before trial with class members receiving more than 100 percent of their actual damages after deduction of attorneys' fees.

PATENT CASE / CONFIDENTIAL SETTLEMENT: Counsel in *Individual Network v. Apple* (E.D. Tex.) (2007-2009) representing an inventor in its patent infringement case against Apple and the case was resolved before trial.

ANTITRUST CASE / CONFIDENTIAL SETTLEMENT: Counsel in *Morris & Dickson Co. v. Abbot Labs.* (M.D. La.) (2006-2008), representing a regional pharmaceutical wholesaler in its suit against Abbott Laboratories for violation of the Robinson-Patman Act by unfairly favoring my client's competitors, and the case was resolved before trial