# EXHIBIT B-2

# Stephen B. Farmer
Attorney at Law

## Contact

Post Office Box 3842
Charleston, WV 25338

## Education

West Virginia University College of Law,
Morgantown, WV
J.D. – 1984

Honors: Baker Cup Moot Court Award, 1982
Honors: Order of Barristers, 1983 – 1984
Honors: Attorney General for Students, 1983 – 1984
Honors: President, Marilyn E. Lugar Trial Association, 1983 – 1984
Honors: Moot Court Board Member, 1981-1983

West Virginia University
Morgantown, West Virginia
B.S. – 1979
Major: Business Administration

## Bar Admissions

West Virginia, 1984

U.S. District Court
Southern District of WV, 1984

U.S. District Court
Northern District of WV

U.S. Court of Appeals
4th Circuit

Steve Farmer was born in Morgantown, West Virginia. He received a bachelor of science degree from West Virginia University in 1979 and a degree from the West Virginia University College of Law in 1984, where he was a member of the Law Review, Moot Court Board and Marilyn E. Lugar Trial Association. He was the recipient of the 1982 Baker Cup Moot Court Award. Mr. Farmer focuses his practice on trial work, including commercial, product liability and personal injury litigation. He is a member of the American Bar Association (Sections on Litigation and Criminal Justice), the West Virginia State Bar, the Kanawha County Bar Association, American Association for Justice, West Virginia Trial Lawyers Association and West Virginia Defense Trial Counsel. Mr. Farmer has served as a faculty member of the Trial Advocacy Institute, University of Virginia School of Law since 1988.

Mr. Farmer is the founding member of Farmer, Cline & Campbell PLLC, one of West Virginia's largest and most successful injury law firms representing Plaintiffs. He has an AV "Preeminent" rating from Martindale-Hubbell and has been recognized as a Super Lawyer in West Virginia by Thomson Reuters for more than ten years. He is currently recognized as one of the Top Ten Super Lawyers in West Virginia by Thomson Reuters. Mr. Farmer is also a member of the Million Dollar and Multi-Million Dollar Advocates Forums.

## Honors & Rewards

The Best Lawyers in America in Personal Injury, Commercial Litigation and Criminal Law

The International Who's Who of Product Liability Defense Lawyers, 4th Ed., 2004

The International Who's Who of Business Lawyers, 2004/2005 Ed., 2004 – 2005

Outstanding Lawyers of America

Chambers USA – America's Leading Lawyers for Business

Recipient, William J. Brennan Award, 1997

Super Lawyers – West Virginia – Personal Injury General: Plaintiff, 2007 – 2019

Top 10: West Virginia Super Lawyers, 2018 – 2019

Super Lawyers- West Virginia 2021- Personal Injury General: Plaintiff, 2021

## Professional Associations & Memberships

West Virginia University College of Law Visiting Committee, 2001 to 2004

West Virginia Supreme Court of Appeals Standardization of Jury Instructions Appointee Committee, 2000 to 2000

Fourth Circuit Judicial Conference Permanent Member

American Bar Association, Member

West Virginia State Bar, Member

Kanawha County Bar Association, Member

West Virginia Trial Lawyers Association, Member