## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>JOHNSON & JOHNSON, *et al.*,<br><br>    Defendants | Case No. 1:23-cv-00903-KWR-JFR<br><br>The Hon. Judge Kea Riggs |

**SUPPLEMENT TO ECF NO. 283 WITH EXHIBITS B-6 TO B-25**

Class Plaintiffs respectfully file this Supplement with Exhibits B-6 through B-25 to the Declaration of Warren T. Burns in Support of Class Plaintiffs' Motion for Final Class Certification, Appointment of Class Counsel, Final Approval of Settlements, Approval of Plan of Allocation, and Award of Attorneys' Fees and Expenses ("Burns Declaration"). Class Plaintiffs filed their Motion for Final Class Certification, Appointment of Class Counsel, Final Approval of Settlements, Approval of Plan of Allocation, and Award of Attorneys' Fees and Expenses ("Motion") and Memorandum of Law in Support of Class Plaintiffs' Motion ("Memorandum") on December 20, 2024, but experienced technical difficulties with the CM/ECF system when attempting to file Exhibits B-6 through B-25 to the Burns Declaration (Exhibit B to Memorandum). Class Plaintiffs promptly notified the Court Coordinator of this difficulty and provided a link to these exhibits. *See* Nicholson Email, attached hereto as Exhibit A.

Class Plaintiffs hereby submit Exhibits B-6 to B-25 for the Court's consideration.

Dated: December 23, 2024                    Respectfully submitted,

*/s/ Warren T. Burns*
_____

Warren Burns *(pro hac vice)*
Darren Nicholson *(pro hac vice)*
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
(469) 904-4550
wburns@burnscharest.com
dnicholson@burnscharest.com

Korey A. Nelson *(pro hac vice)*
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
(504) 799-2845
knelson@burnscharest.com

Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
(505) 475-2932
chris@doddnm.com
brooke@doddnm.com

Steve Martino *(pro hac vice)*
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
(251) 433-3131
SteveMartino@taylormartino.com

John W. (Don) Barrett *(pro hac vice)*
David McMullan, Jr. *(pro hac vice)*
Richard Barrett *(pro hac vice)*
Sterling Aldridge *(pro hac vice)*
BARRETT LAW GROUP, P.A.
P.O. Box 927
Lexington, Mississippi 39095
(662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
saldridge@barrettlawgroup.com

Charles J. LaDuca *(pro hac vice)*
David L. Black *(pro hac vice)*
Monica Miller *(pro hac vice)*
Jennifer E. Kelly *(pro hac vice)*
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
(202) 789-3960
charles@cuneolaw.com
dblack@cuneolaw.com
monicam@cuneolaw.com
jkelly@cuneolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF system.

*/s/ Warren T. Burns*
Warren T. Burns