# EXHIBIT A

Monday, December 23, 2024 at 12:24:18 Central Standard Time

| | |
|---|---|
| **Subject:** | FW: Activity in Case 1:23-cv-00903-KWR-JFR San Miguel Hospital Corporation v. Johnson & Johnson et al Notice (Other) |
| **Date:** | Saturday, December 21, 2024 at 1:24:57 AM Central Standard Time |
| **From:** | Darren Nicholson |
| **To:** | Carol Bevel |
| **CC:** | Laura Seggerman, Warren T. Burns, Julianna Gravois, Chistopher Dodd |
| **Priority:** | High |
| **Attachments:** | image001.jpg, image003.png |

Good evening Ms. Bevel,

We have filed our Motion for Leave, Motion for Final Approval, and accompanying exhibits.  We are receiving an error message, however, for certain exhibits that accompany the declaration of Warren Burns.  For those exhibits (B-6 to B-25) we get the following message:

> Error: reading from network decrypted file size does not match original file size (0 != 15227296) An error has occurred while processing your request, you m[ay]
> by pressing the 'back' button on your browser and retrying this submission, if this error repeats then please contact the court for assistance.
>
> An Internal Error has occurred the error code 70. -1

The files we are trying to upload and file are here: https://bc.egnyte.com/fl/QZLjCXqptU

Could you please let us know who we should contact to have the error resolved and the files uploaded and served?

Apologies for the late-night email.  Thanks in advance for your help

Best,
Darren

**Darren Nicholson**
469.998.4303 direct
214.796.9832 cell

---

**From:** cmecfbb@nmd.uscourts.gov <cmecfbb@nmd.uscourts.gov>
**Date:** Saturday, December 21, 2024 at 12:57 AM
**To:** cmecfto@nmcourt.uscourts.gov <cmecfto@nmcourt.uscourts.gov>
**Subject:** Activity in Case 1:23-cv-00903-KWR-JFR San Miguel Hospital Corporation v. Johnson & Johnson et al Notice (Other)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

United States District Court - District of New Mexico

**Notice of Electronic Filing**

The following transaction was entered by Burns, Warren on 12/20/2024 at 11:55 PM MST and filed on 12/20/2024

| | |
|---|---|
| **Case Name:** | San Miguel Hospital Corporation v. Johnson & Johnson et al |
| **Case Number:** | 1:23-cv-00903-KWR-JFR |
| **Filer:** | San Miguel Hospital Corporation |
| **Document Number:** | 285 |

**Docket Text:**
**NOTICE by San Miguel Hospital Corporation re [284] Notice (Other), [283] MOTION to Approve Settlement *Final Class Certification, Appointment of Class Counsel, and Final Approval of Settlement, Approval of Plan Allocaiton, and Award of Attorneys' Fees and Expenses (exhibits being submitted separately)* of Filings Exhibits B-1 - B-5** (Attachments: # (1) Ex. B-2, # (2) Ex. B-3, # (3) Ex. B-4, # (4) Ex. B-5) (Burns, Warren)

**1:23-cv-00903-KWR-JFR Notice has been electronically mailed to:**

Aaron Chou    achou@zuckerman.com

Alex Cameron Walker    awalker@modrall.com, leanng@modrall.com, victorial@ecf.courtdrive.com, victorial@modrall.com

Alexandra W. Miller    smiller@zuckerman.com

Alyssa F Conn    aconn@reedsmith.com

Andrew G. Schultz    aschultz@rodey.com, mzamora@rodey.com

Anne Rollins Bohnet    abohnet@reedsmith.com

Anthony M. Ruiz    aruiz@zuckerman.com

Ara Ayvazian    aayvazian@shb.com

Ashley Hardesty Odell    Ashley.Odell@steptoe-johnson.com

Benjamin W Allison    ben@bardackeallison.com, ann-erika@bardackeallison.com, billy@bardackeallison.com, johannes@bardackeallison.com, rcowan@bardackeallison.com, shelby@bardackeallison.com

Brandan Montminy    brandan.montminy@lockelord.com, hatchley@lockelord.com, kpatrick@lockelord.com

Brandon Michael Meyers    bmeyers@MLLlaw.com, mmensel@MLLLAW.com

Brian J. Fisher    bfisher@mayerllp.com, ashley.odell@steptoe-johnson.com, kristine.mccreery@steptoe-johnson.com, rflaherty@mayerllp.com, rhonda.harvey@steptoe-johnson.com, tpelletier@mayerllp.com

Brian T Himmel    bhimmel@reedsmith.com

Bryan C Garcia    bgarcia@garcialawgroupllc.com, acallison@garcialawgroupllc.com, ilarkin@garcialawgroupllc.com, jjohnson@garcialawgroupllc.com

C. Scott Jones    sjones@lockelord.com, rhager@lockelord.com

Celina Christine Baca    celina.baca@modrall.com, jessican@modrall.com

Charles C. Lifland    clifland@omm.com, charles-lifland-4890@ecf.pacerpro.com

Christian J. Pistilli    cpistilli@cov.com

Christopher Essig    cessig@winston.com

Christopher A Dodd    chris@doddnm.com, donbarrettpa@gmail.com, ntmaddux@barrettlawgroup.com, paralegal@doddnm.com, Ruth@taylormartino.com, stevemartino@taylormartino.com, wburns@burnscharest.com

Dana Strueby    dstrueby@shb.com, aayvazian@shb.com, dan-rogers-9903@ecf.pacerpro.com, dana-strueby-1152@ecf.pacerpro.com, drogers@shb.com

Daniel B. Rogers    drogers@shb.com

Daniel J. Stuart    Stuart@marcus-shapira.com, kinan@marcus-shapira.com

Darren P. Nicholson    dnicholson@burnscharest.com, jgravois@burnscharest.com, mvaleriano@burnscharest.com

Debashree Nandy    rnandy@bhfs.com, bhfs-abq-docket@bhfs.com, vsalazar@bhfs.com, ywhitson@bhfs.com

Douglas A. Baker    dbaker@abrfirm.com, SYarbrough@abrfirm.com

Eric R. Burris    eburris@bhfs.com, bhfs-abq-docket@bhfs.com, jhaupt@bhfs.com, rnandy@bhfs.com, vsalazar@bhfs.com, ywhitson@bhfs.com

Eric R. Delinsky    edelinsky@zuckerman.com

Evan K. Jacobs    evan.jacobs@morganlewis.com

Francis Anthony Citera    citeraf@gtlaw.com, francis-citera-9051@ecf.pacerpro.com, Maritza.Pozo@gtlaw.com

Gretchen N Miller    millerg@gtlaw.com

H Brook Laskey     blaskey@mlllaw.com, mmensel@mlllaw.com

J. Adam Tate     adam.tate@sandersparks.com, carla.martin@sandersparks.com

Jacqueline Mosher     jmosher@mallen-law.com

Jade Delfin     jdelfin@rlattorneys.com, acallison@garcialawgroupllc.com, ilarkin@garcialawgroupllc.com

Jaime L. Dawes     jd@stelznerlaw.com, jgarcia@stelznerlaw.com

James Steven Sparks     steve.sparks@sandersparks.com, debbie.egeland@sandersparks.com

Jean Tinkham     jean.tinkham@bartlit-beck.com

Jennifer G. Wicht     jwicht@wc.com

Jenny A Hergenrother     jenny.hergenrother@alston.com

Jerry Todd Wertheim     todd@thejonesfirm.com, evelyn@thejonesfirm.com, terri@thejonesfirm.com

John W. Barrett     dbarrett@barrettlawgroup.com

Joseph J Mahady     jmahady@reedsmith.com

Julia Ashley Cummings     acummings@mayerllp.com, mlaurent@mayerllp.com, tpelletier@mayerllp.com

Justin D Rodriguez     jrodriguez@abrfirm.com, bwiggins@abrfirm.com, cgreenlee@abrfirm.com, EMasciotra@abrfirm.com, jmcfall@abrfirm.com, jshula@abrfirm.com, kwood@abrfirm.com, obarcala@abrfirm.com, vgallegos@abrfirm.com

Kaley R Jaslow     jaslowk@gtlaw.com

Kaspar Stoffelmayr     kaspar.stoffelmayr@bartlit-beck.com

Korey A. Nelson     knelson@burnscharest.com, jgravois@burnscharest.com

Kurt B Gilbert     kgilbert@hinklelawfirm.com, cholmes@hinklelawfirm.com, kallen@hinklelawfirm.com

Lauren Fincher     lfincher@lockelord.com, dblankenship@lockelord.com

Louis W Schack     lschack@reedsmith.com

Maria R. Durant     maria.durant@hoganlovells.com

Meena H Allen     mallen@mallen-law.com, ddefrates@mallen-law.com, egrimm@mallen-law.com, tmontoya@mallen-law.com

Melanie B Stambaugh     mstambaugh@rodey.com, skarpp@rodey.com

Michael Kaeding     mike.kaeding@alston.com

Michael Woods     michael@bardackeallison.com

Michael A Nance     michael.nance@bartlitbeck.com

Michael J Moffett     mmoffett@cmtisantafe.com, dscott@cmtisantafe.com

Monica R Garcia     mrgarcia@btblaw.com, sasanchez@btblaw.com, slklein@btblaw.com

Noell Sauer Huffmyer     nhuffmyer@rodey.com

Reid Smith     rfsmith@winston.com

Richard Simon Cleary , Jr     rcleary@wc.com

Robert A. Nicholas     rnicholas@reedsmith.com

Robert Martin Barnes     rbarnes@marcus-shapira.com, yates@marcus-shapira.com

Ronda L. Harvey     Ronda.Harvey@steptoe-johnson.com, Kristine.McCreery@steptoe-johnson.com

Sarah J Lee    sarah.lee@alston.com

Scott Ahmad    sahmad@winston.com

Sean E Garrett    sgarrett@ylawfirm.com, hvigil@ylawfirm.com

Stephen D. Brody    sbrody@omm.com

Steven A. Martino    stevemartino@taylormartino.com, RichardTaylor@taylormartino.com, ruth@taylormartino.com, tere@taylormartino.com

Steven M. Pyser    spyser@wc.com

Tara A Fumerton    tfumerton@jonesday.com

Tina M Tabacchi    tmtabacchi@jonesday.com, dsandefer@jonesday.com, emanning@jonesday.com, etujaka@jonesday.com, hhowe@jonesday.com, jzhou@jonesday.com, nadiaz@jonesday.com, nhenning@jonesday.com

Warren T. Burns    wburns@burnscharest.com, jgravois@burnscharest.com, mvaleriano@burnscharest.com

**1:23-cv-00903-KWR-JFR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=12/20/2024] [FileNumber=13442989
-0] [8054228a091a2c6984d737d61f08f83daeaa0cd93cb21c3f4192bc9fea8e133b3
41a6c3183b1e82d3239cbd6380bb9f92ef519919f63cc0f4741762b53295edd]]
**Document description:** Ex. B-2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=12/20/2024] [FileNumber=13442989
-1] [b4fcdce63c8340a717e53c82692931bebb6465b48a40b08091108bcb4839ef5ef
c8196c9a221692883781a86e14ea984cbf4399f69f2d043d7f21a0db066dc3e]]
**Document description:** Ex. B-3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=12/20/2024] [FileNumber=13442989
-2] [314b96e027ed748307db5db2d290102a88c873ba630648afea9116f17e43c0ced
dc25dd7fbd326c68a775818f0d2a066a9a524f45ad0f69183c9cfad278f08c7]]
**Document description:** Ex. B-4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=12/20/2024] [FileNumber=13442989
-3] [a060fcf1dbd3ab24ae7d63f0325f3a697b23c4e8f10a6c59d7ae844bf0886c779
556de2d9a7541966fbdfd5739443bdd7696b4336118807a694b7916a16a3419]]
**Document description:** Ex. B-5
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=12/20/2024] [FileNumber=13442989
-4] [870b5fe6c5c48fc190e9ae9f6eb6b2760ce3d337f0b3acf7d5cd8ef323bf03c09
7a66d32f12b23540fe645df74919d1404890987be08907e62e623b2022b5772]]