# EXHIBIT B-6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SAN MIGUEL HOSPITAL CORPORATION
d/b/a ALTA VISTA REGIONAL HOSPITAL, on
behalf of itself and all others similarly situated,

               Plaintiff

v.

JOHNSON & JOHNSON, *et al.*,

               Defendants

Case No. 1:23-cv-00903-KWR-JFR

The Hon. Judge Kea Riggs

### DECLARATION OF JOHN W. BARRETT IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR FINAL CLASS CERTIFICATION, APPOINTMENT OF CLASS COUNSEL, AND FINAL APPROVAL OF SETTLEMENTS, APPROVAL OF PLAN ALLOCATION, AND AWARD OF ATTORNEYS' FEES AND EXPENSES

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

I am senior partner with law firm Barrett Law Group, P.A. and counsel for Plaintiff in the above-captioned litigation. I submit this declaration in support of Class Plaintiffs' Agreed Motion to Certify the Settlement Class for Settlement Purposes, Preliminarily Approve Class Action Settlements, Approve Form and Manner of Notice, and Set Date for Final Fairness Hearing.

This declaration is based upon my personal knowledge, unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

My law firm and I have worked on a number of complex actions over the past several decades, including several MDL and class action cases. I have been appointed lead and co-lead counsel in many class and mass tort actions nationwide. As set out below, my firm currently

1

represents approximately 950 hospitals across the nation as plaintiffs in litigation against the opioids industry.

My firm continues to have success handling prominent complex cases. We are a smaller firm, with only eight attorneys and ten non-lawyer employees. Since June of 2018 through today, cases led by our firm have achieved recoveries for our clients of over $1.7 billion.

I was a Carrier Scholar at the University of Mississippi, graduating *magna cum laude* in 1967. While at Ole Miss, I was a member of numerous scholastic and leadership honorary societies, was editor of the 1967 *Ole Miss* yearbook, and was elected to the University Hall of Fame. I graduated with honors from the Ole Miss Law School in 1969.

Except for a short stint in the Air Force, I have been actively engaged in the practice of law in Lexington, Mississippi, for fifty-five years; and have held an AV rating by Martindale-Hubbell for many years. I have an active trial practice throughout Mississippi and have substantial experience in state and federal courts throughout the nation, primarily representing plaintiffs in complex civil cases.

## I.    ACTIVE CASES

In January of 2019, the State of Mississippi retained me to sue the U.S. Corps of Engineers in the U.S. Court of Claims for taking thousands of acres of its land for a floodway along the Mississippi River, without paying for it. Since then, private landowners along the lower Mississippi, owning approximately 600,000 acres in Arkansas, Louisiana and Mississippi, have retained our firm to sue the Corps for the same reason.

I am co-lead class counsel for the Automobile Dealer Actions in *In Re: Automotive Parts Antitrust Litigation*, Case No. 2311, pending in the Eastern District of Michigan. In this capacity, we represent some 8,000 automobile dealers in 31 states, victimized by one of the largest price-fixing conspiracies in history. In this litigation, we have forged a unique pact with the end-payer

plaintiffs, and together as of September 4, 2018, have reached settlements with 72 different defendants for a total of approximately $1.6 billion. Final distribution, and a final order closing the MDL, should be entered by the end of 2024.

## II.    SETTLED CASES

Since 1986, I have taken a national leadership role in litigation against cigarette companies. I am one of only a handful of plaintiff's attorneys in the United States to have tried three tobacco liability cases through jury submission. I had a leadership role in the massive *Castano* class action litigation in the U.S. District Court in New Orleans, and in its related state class action cases around the country. I am one of the attorneys who represented the State of Mississippi, through Attorney General Mike Moore, in the state's successful efforts to recover its cigarette-related health care monies sent over the past years. I also represented the Attorneys General of New York, Louisiana, Arizona, Washington, Indiana, Alaska, Idaho, Oregon, Rhode Island, Ohio, Vermont, Illinois, and the Commonwealth of Puerto Rico in their successful litigation against the tobacco industry. I was one of three plaintiffs' attorneys who negotiated the landmark settlement with Liggett Group announced in March of 1996, as well as one of the lead attorneys in the historic settlement agreement entered into by twenty-two Attorneys General with Liggett Group on March 20, 1997. My tobacco litigation experiences have been chronicled in various national publications, including the *ABA Journal*, *The New York Times*, *The American Lawyers*, *the Wall Street Journal*, and *The Washington Post*. I have been featured in two books concerning tobacco litigation: Cornered: Big Tobacco at the Bar of Justice, by Peter Pringle (Henry Holt and Company, New York City, 1998); and The People vs. Big Tobacco, by Carrick Mollencamp, et al (Bloomberg Press, Princeton, N.J., 1998), and my experiences in tobacco litigation are the primary focus of another book, Assuming the Risk, by Michael Orey (Little, Brown & Co., New York City, September, 1999). I have been unable to shake my addiction to

tobacco litigation: In October of 2013, a state court in Arkansas certified a class of Arkansas smokers of light cigarettes against the Philip Morris Company, a case in which I was co-counsel for the class; in the fall of 2016 that case settled for $45 million.

I am currently co-lead counsel in a national class action against 7-Eleven, Inc. for its deceptive marketing of menthol cigarettes to its African American customers. This case, *Reeves v. 7-Eleven, Inc.*, is pending in the U.S. District Court for the District of Columbia.

One of my earliest class action cases, from the early 1990's was *Nealy v. Woodman of the World Life Insurance Society.* This was a discrimination case brought against an insurance company, in which I was co-lead counsel. This case was settled for $23.1 million, which settlement was approved by Chief Judge William H. Barbour, Jr., of the U.S. District Court for the Southern District of Mississippi. In approving this settlement, Judge Barbour had the following to say:

> THE COURT… I have got a very brief statement to make that I want to make into the record…
>
> Despite the protestations of Woodmen as to their innocence of discrimination, I think it is fairly clear that the company has since its inception practiced invidious racial discrimination against African-American citizens. I think that obviously… this lawsuit has been the impetus on the very direct actions of Woodmen to hire black agents and to begin very actively selling and soliciting to black policyholders. This should also serve to remove the discrimination from the lodge systems and other fraternal benefits.
>
> So I think that this is a very good example of how (the) private attorney general idea under the class action mechanism can be used to obtain very real results and I see the results in this case not so much in the substantial settlement of $23 million, which will benefit these class members, but in the breakdown of a very strong system of racial discrimination which has apparently been followed by this company until it had the heat put on it by this lawsuit…

> Accordingly, I congratulate the class counsel for the settlement that
> you have made, for the progress you have made in regard to this
> particular company and for the results that have been obtained.

I was lead counsel in *Houchens, et al v. Rockwell*, a complex environmental tort case which resulted in a $218 million verdict for the plaintiffs on May 31, 1996, after a two-month trial in Russellville, Kentucky. After multiple trips through the Kentucky appellate system, this verdict was finally overturned in the fall of 2004. We should have settled. Over the past several years I have tried and collected damages for various plaintiffs in other environmental cases, the total of which exceeds $35 million.

I also represented the State of Mississippi in its effort to recover monies lost by Mississippi consumers, and by the state itself, as a result of an alleged price-fixing conspiracy among infant formula manufacturers. I was also co-counsel for plaintiffs in state court class-actions in thirteen state court actions involving this same price-fixing conspiracy. These cases resulted in multi-million-dollar settlements in twelve of these states, but only in the making of some bad law in the thirteenth state (Louisiana), on a remand issue that plaintiffs lost in a tie vote (4-4) before the U.S. Supreme Court in March of 2000.

I was the lead Court-appointed counsel for the plaintiffs in the litigation against General Motors Corporation concerning the "sidesaddle" fuel tank litigation. Final approval of a nationwide settlement with a minimum value to the class of $500 million was achieved in April of 1999.

I was co-lead counsel in the national class action against Chrysler Corporation for its defective rear minivan door latches. In this case, a settlement was reached in the U.S. District Court for the Middle District of California in the fall of 1995, and was finally approved by the Ninth Circuit Court of Appeals in early 1999.

I was lead counsel for the plaintiffs in *Cox v. Shell Oil Co., et al*, in state court in Obion County, Tennessee, a class action case concerning defective home plumbing systems; this case resulted in a nation-wide settlement in November, 1995, of approximately $1.1 billion, by far the largest property-damage settlement achieved in this country as of that time. As a result of the *Cox* litigation, on July 22, 1997, I was awarded the Public Justice Achievement Award by the Trial Lawyers for Public Justice Foundation "in recognition of (my) extraordinary contribution to the public interest."

I was co-lead counsel for the plaintiff class in *Holmes v. Trustmark National Bank, et al*, U.S.D.C., So. Dist. Mississippi, No. 1:95-cv-323BrR, a forced-placed insurance class action which resulted in an $8.8 million settlement approved by Judge David Bramlette on June 4, 1997. In approving the settlement, the Court referred to my "substantial experience in mass-tort litigation" and wrote that class counsel "vigorously and zealously represented (the class members') interests throughout this litigation."

I was lead class counsel and lead trial attorney for the plaintiffs in a national class action against State Farm Mutual Insurance Company in Illinois, concerning State Farm's use of imitation crash parts in auto repair. After a seven-week trial ending in October of 1999, the jury awarded a verdict of $456 million and an additional $600 million in punitive damages was awarded by the trial judge. This was the largest verdict ever rendered in the State of Illinois and the largest against any insurance company in the United States. As a result of that litigation, I was named the first-ever "Litigator of the Month" by the National Law Journal in its issue of November 22, 1999. This verdict was subsequently affirmed by a unanimous Illinois Court of Appeals, and reversed by the Illinois Supreme Court. From the ashes of that case arose *Hale et al v. State Farm Mutual Insurance Company*, filed in the Southern District of Illinois, which

alleged that State Farm engineered the election of an Illinois Supreme Court justice, then lied about its election activities, to avoid a recusal of that justice from the panel deciding the *Avery v. State Farm* appeal.   State Farm's motion to dismiss was denied and class certification was granted, and State Farm had three petitions denied in the Seventh Circuit.   Sometimes justice takes a while to play out:  On September 13, 2018, after the trial jury was empaneled, and over 21 years after the original litigation began, Judge Herndon granted final approval to a settlement with State Farm for $250 million. From the bench, Judge Herndon stated, "Important principles have been vindicated by this settlement," and also stated, "Class Counsel were diligent…and they performed at the highest level of professional standards."

     On November 22, 2000, I was appointed as the Lead Class Counsel by Chief Judge Sarah Evans Barker in the Bridgestone/Firestone/Ford tire and Explorer litigation, centralized in the U.S. District Court for the Southern District of Indiana (MDL No. 1373). A Nationwide settlement of the consumer class case against Bridgestone/Firestone was achieved in 2004 and approved by the Court in a Texas state case. On December 3, 2007, Judge David DeAlba of the Superior Court of Sacramento County, California preliminarily approved a multi-state class action settlement with Ford Motor Company. Final approval was granted in April, 2008.

     In the Summer of 2001, I was named by Judge Kathleen O'Malley, U.S.D.C., Northern District of Ohio, to the Plaintiffs' Steering Committee in *In Re: Inter-Op Hip Prosthesis Liability Litigation*, MDL No. 1401, and I was a principal negotiator for the plaintiff class for a $1.045 billion settlement reached with defendants, which settlement was finally approved by Judge O'Malley on May 22, 2002. Successful class action personal injury cases, especially successful ones, are pretty much extinct now, and were so even back in 2002.

I was lead counsel in the "alternative commission" class action litigation against Progressive Insurance Company, in which a nationwide settlement valued by the court at $493 million was reached in the Circuit Court of Johnson County, Illinois, with final approval being given by the court on November 14, 2002. In its order granting class counsel's petition for fees, the court said:

> Class Counsel were highly competent. The Class Counsel who prosecuted this case have an impressive background, and substantial experience in prosecuting similar cases on behalf of large classes against well-funded corporations. It is evident from the record that Class Counsel worked efficiently, aggressively, and with a high degree of professionalism.

In 2003, I was co-lead trial counsel in a national class action in the U.S. District Court for the Central District of California, entitled *Austin, et al. v. Lehman Brothers, Inc. et al*. At the conclusion of this three-month trial, on May 14, 2003, Judge David O. Carter made the following statement:

> Mr. Barrett, you are a superb attorney. Truly this jury has come to recognize your humor and your competency. I will never forget you looking for the elephant on your tiptoes.
>
> You've been courteous. You've been competent. The class is, indeed, fortunate to have you as a presenter.
>
> You mastered the complicated fact situations and brought clarity in this Court's opinion to an extremely complex area, on behalf of your clients, and it was very helpful to the jury.

After five weeks of deliberation, the jury on June 16, 2003, returned a verdict for the plaintiff class. According to the Los Angeles Times, "the verdict marked the first time a financial backer of an abusive lender has been held liable, carving out a new area of vulnerability for Wall Street."

On September 17, 2003, I was appointed plaintiffs' co-lead counsel *in In Re Welding Fume Litigation* (MDL 1535) by the U.S. District Court in Cleveland, Ohio. At a contested class

certification hearing in that Court on April 24, 2007, nationally-prominent defense attorney John Beisner represented to the Court that I am one of "the most outstanding lawyers in the country." I do not believe that Mr. Beisner really meant it, but he did say it.

On November 22, 2004, I was appointed Plaintiffs' Co-Lead Counsel in *In Re High Sulfur Content Gasoline Products Liability Litigation* (MDL No. 1632), by U.S. District Judge Ivan L.R. Lemelle of the Eastern District of Louisiana. A $100 million plus settlement received final approval by the Court in September of 2006.

On December 16, 2004, I was appointed one of six members of the Class Plaintiffs' Steering Committee in the *In Re Neurontin Marketing and Sales Practices Litigation* (MDL No. 1629), by U.S. District Judge Patti B. Saris of the District of Massachusetts. In that MDL, the case of an individual plaintiff (Kaiser Foundation Health Plan) against the defendant Pfizer, Inc., was tried over a five-week period in February and March, 2010 in Boston, and I was a member of the trial team for Kaiser. That trial resulted in a jury verdict for plaintiff on its civil RICO claim in the amount of $47.34 million, which was trebled under the RICO statute. This is believed to be the first civil RICO verdict ever rendered against a major pharmaceutical company. This verdict was affirmed by the 1st Circuit Court of Appeals, and was paid in full.

During the course of that trial the Court told the jury that the lawyers in the case on both sides were "the best in the country," and thanked the attorneys for conducting "a fabulous trial… it's the kind of thing that you become a judge to sit on." As a result of my work on this case, I was selected by the Public Justice Foundation as a finalist for the 2011 Trial Lawyer of the Year Award.

The accompanying class action, after ten years of litigation and three denials of class certification, was settled in May of 2014 for $325 million. Final approval of this settlement was granted by Judge Saris in October 2014. Good things are worth waiting on.

I was lead counsel of the Katrina Litigation Group, a consortium of lawyers who represented hundreds of homeowners along the Mississippi Coast who were victimized first by Hurricane Katrina in August, 2005, and then by their insurance companies. Our group favorably settled over 1,600 homeowners' claims (including those of former U.S. Senator Trent Lott, former U.S. Representative Gene Taylor, and U.S. District Court Judge Louis Guirola) for more than $215 million. We are the only attorneys to have tried Hurricane Katrina cases to successful verdict in both state and federal court (*Lisanby v. USAA*, in June of 2008, resulting in a verdict and payment to Admiral and Mrs. Lisanby of $849,841; and *Penthouse v. Certain Underwriters at Lloyds*, resulting in a verdict on February 24, 2011, amounting to $1,832,804. On December 21, 2011, the *Penthouse* Court entered final judgment in the case, adding attorneys' fees, costs, and interest in the amount of $3,111,533, bringing the total award to $4,944,135. This time, *they* should have settled.

I was co-lead counsel in a class action lawsuit (*Holman v. Noble Energy, Inc*., District Court County of Weld, Colorado) brought on behalf of royalty owners in the Greater Wattenberg natural gas field in Colorado. This suit, which complained of systematic under-payments of royalties by a major natural gas producer, resulted in a $98 million settlement for the class. This settlement received final approval by the Colorado court on June 11, 2007. Since that time, we have achieved class settlement in four similar cases. These five cases have produced settlements exceeding $150 million. I was also co-lead counsel in several similar cases in the Western District of Virginia. In the first of these cases, a settlement of $3.4 million, which recovered over

10

95% of all compensatory damages claimed by the plaintiff class, received final approval by the District Court on October 4, 2011. In approving the fee application for that case, Judge James P. Jones complimented our work, adding, "I'm sure the class realizes that, were it not for the experienced and well-resourced counsel in this case, there would be no recovery." In the cases against CNX and EQT, Judge Jones certified classes by orders entered on March 29, 2017, and those cases have now been settled.

On January 26, 2009, in *Stanich, et al v. Travelers Indemnity Company, et al*, U.S.D.C., N.D. Ohio, No. 1:06 CV 962-KMO, I with others was appointed as class counsel in a certified class action concerning fraudulent insurance pricing. In this order the Court stated,

> Counsel has been both thorough and insightful in its analysis of the potential claims of class members… The Court is quite familiar with the attorneys…, all of whom are well-qualified, experienced and capable of conducting class action litigation… Finally, the Plaintiff's counsels' conduct to date as well as the Court's familiarity with their attorneys and firms, clearly indicates that they have sufficient resources to prosecute this action and intend to apply themselves to the task diligently.

On March 31, 2010, the Court approved a settlement reached in that case which the Court values at $17,398,633, finding that class counsel were "experienced, professional, and highly skilled."

I was co-lead class counsel in *Vereen v. Lowe's Home Centers, Inc.*, a national class action over the sale of defective drywall, pending in the Superior Court of Muscogee County, Georgia. On January 12, 2012, a settlement was finally approved by that court, affording financial relief to over 40,000 claimants. In approving the requested fee award, the *Vereen* Court spoke of our "excellent reputations in the legal community."

On May 22, 2014, Judge Paul Magnuson of the District of Minnesota appointed me to the plaintiff's Executive Committee for U.S. banking and financial institutions in the *In Re: Target*

*Corporation Customer Data Security Breach Litigation,* MDL No. 14-2522 (PAM/JJK). That litigation resulted in a $65 million settlement for our clients in 2016.

On November 30, 2017, our firm led the filing of the first RICO class action on behalf of U.S. hospitals against pharmacies, manufacturers and distributors of opioids. On January 4, 2018, Judge Dan Polster, presiding over *In Re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio), appointed me to the Plaintiffs' Executive Committee as the representative of hospitals. Our firm currently represents approximately 950 acute care hospitals in 44 states in this important litigation. We are also representing a class of about 5,400 acute care hospitals nationwide. In this class case, we have reached settlements against several defendants totaling over $700 million. We also have a major trial set in Florida state court in September 2025 on behalf of twenty-six hospitals, against the remaining defendants.

I was co-lead counsel for a national class of direct purchasers of dairy products in *First Impressions Salon, Inc. et al v National Milk Producers Federation, et al*, in the Southern District of Illinois. We settled this in September 2019, on the eve of trial, for $220 million. The Court gave final approval to this settlement on April 27, 2020.

Our firm led the team hired in 2017 by the State of Mississippi to pursue corporations which bribed the Mississippi Department of Corrections Commissioner to obtain contracts to provide our prisons with goods and services. We finished that assignment in October of 2018, having sued and settled with 14 of these companies for a total of over $29 million.

On December 22, 2017, the University of Mississippi retained me and a Jackson firm to prosecute an appeal from an NCAA Order imposing harsh and excessive sanctions on the University. In announcing these retentions, Chancellor Jeff Vitter stated that Ole Miss had hired

"the best lawyers in the country" to fight these sanctions. We were successful in reversing the order as to its harshest penalties.

I was co-lead counsel for plaintiff trucking firms from around the nation in a class action against the Pilot/Flying J truck stop group over alleged rebate under-payments to the truckers concerning the purchase of diesel fuel, I negotiated a settlement of 106% of all under-payments, plus all costs and fees of the litigation. Payments approached $85 million; the final approval was given November 25, 2013, by the U.S. District Court in Little Rock, Arkansas.

At this hearing, Judge James Moody stated:

> I have been impressed with the quality of the counsel here on both sides… I think this is an exceptional effort by both sides and has inured to the benefit of everyone in this class. So I'm pleased with the way it was handled. I'm satisfied and confident that all of the class members are being treated fairly.

In October 2013, my firm filed a suit on behalf of Bridgestone Americas, Inc., the largest manufacturer and seller of tires in the Western Hemisphere. This great company retained my firm as lead outside counsel to represent it in a multi-million-dollar fraud lawsuit against IBM, over the failed implementation of a business enterprise computer system for the entire company. That suit settled in June 2018, on the eve of trial. *Bridgestone Americas, Inc. v. International Business Machines Corporation*; Case No. 3:13-cv-1196 (M.D. of Tenn.).

## III.    AWARDS AND ACKNOWLEDGEMENTS

I was lead counsel in a group of thirty-five attorneys from around the country prosecuting cases, mostly in California, against major food producers who routinely misbrand their food products to hide unhealthy ingredients. As a result of this litigation, I have been featured in stories on the front page of the *New York Times* and other papers around the nation, I was the subject of a major article in the London *Sunday Times*, I was interviewed at length on BBC's *Newshour*, by the Swedish newspaper *Aftonbladet*, and by a Paris television station, and I have

given numerous interviews on public radio and on radio stations around the country, as well as in Canada and even in New Zealand. All this publicity says little or nothing about my own character or ability but does suggest that our firm was prosecuting litigation which has struck a nerve with the American people and others who share our values. We have forced corrective label changes in every case we filed.

The 2014 edition of *Benchmark Plaintiff, The Definitive Guide to America's Leading Plaintiff Firms,* "highly recommends" only two firms in Mississippi, and Barrett Law Group is one of them. (No, this is not like a listing in the *Million Dollar Roundtable:* we did not buy it!).

Our firm typically represents ordinary people, and we are proud of this fact. However, we do represent a few extraordinary clients worthy of particular note. One of these is the world-renowned concert piano virtuoso, Bruce Levingston. Another is former NFL all-pro quarterback Brett Favre, and another is former Ole Miss and Baltimore Ravens star Michael Oher.

The State of Mississippi publishes the *MS Blue Book – Official and Historical Register* every four years. The May 2017 edition has a "Defining Mississippi" section which has a photograph of me with this blurb:

> Now in the third generation of Barrett family ownership, Barrett Law Group, P.A. represents clients and litigates cases throughout the country, including tobacco, antitrust, insurance scams, defective products and pharmaceutical and consumer fraud. From his office in Lexington, attorney Don Barrett has become one of the preeminent trial lawyers in America.

It's in the *Blue Book,* so…it's official.

I am a former chairman of the toxic torts section of Mississippi Trial Lawyers Association, a founding member of the Charles Clark Inn of Court in Jackson, the founding president of the Mississippi Community College Attorneys Association, and have twice been the Mississippi Bar delegate to Fifth Circuit Judicial Conferences.

14

I have also been featured on national television shows, including CBS's <u>60 Minutes</u>, ABC's <u>Day One</u>, CNN's <u>Moneyline</u>, CourtTV's <u>Cochran & Grace</u> and <u>Pro's & Con's,</u> British Broadcasting Company (BBC)'s <u>The Tobacco Wars</u>, which was rebroadcast in the United States by The Learning Channel, for my work in tobacco litigation, and on NBC's <u>Dateline</u> concerning my insurance fraud litigation.

I understand that I have a good reputation among the bar that I practice with and against. Alex Alston, a past president of the Mississippi Bar, said the following in an affidavit filed in support of our petition for approval of the settlement in the *Nealy* case:

> Highly skilled and competent counsel were required to achieve these results, from the basic formulation of a theory and a filing of a class action complaint to the class action settlement before this court. In my opinion, the members of the team working together to resolve this matter on behalf of the class were highly skilled, and their respective talents were necessary to bring about this remarkable result. All of class counsel (have) previously been involved in class action and complex litigation over the country, especially in the southeastern United States.
>
> Class counsel Don Barrett has been practicing law primarily on the side of plaintiffs in the southeastern United States for over 25 years. I have observed him and worked with him throughout his practice. He is an extremely highly skilled plaintiff's lawyer who is recognized as one of the best in this state.

At the Pilot/Flying J settlement hearing in Little Rock on November 25, 2013, prominent Nashville defense attorney Aubrey Harwell had this to say:

> I must tell you, Judge, that Don Barrett, Mike Roberts, and Tom Thrash are due tremendous credit. They have been absolutely dedicated advocates, but they have been decent, honorable men, and they've operated at the highest level of professionalism, and if it were not for that, this litigation would have gone on for years and years and years.

I confess that I am not held in high esteem by everybody. My great friends at Adams & Reese, a high quality, blue chip defense firm headquartered in New Orleans, which represents

mostly major corporations, in September of 2002 declined an invitation from my firm to associate in a new case, pointing out in an internal memorandum that "Barrett…. is seen as the devil incarnate by many of our clients."

The *Austin v. Lehman Brothers* trial rated a chapter in the book <u>The Monster: How a Gang of Predatory Lenders and Wall Street Bankers Fleeced America – and Spawned a Global Crisis</u>, by Michael W. Hudson (Henry Holt & Company, New York City, 2010). Lehman Brothers should have listened to what both we and the jury told them.

I have been frequently invited to speak at nationally-recognized legal seminars and conferences. I have spoken twice at Practicing Law Institute seminars in New York City, and at the American Conference Institute seminar in New Orleans in November of 2004, and I was the co-chairman of the Mealey's Welding Rods Litigation Conference held in West Palm Beach in October of 2004. I was a faculty member at the Sedona Conference on Complex Litigation held in April of 2005.  I was an invited speaker at the 12th Annual Energy Litigation Conference, held in Houston on November 7, 2013.  On November 12, 2014, I spoke to students at Harvard Law School's Food Law Society, prompting my wife to tell people that her husband "teaches at Harvard."

In an article entitled "Victory at Hand for GOP Tort Reform?" in the February 3-16, 2004, edition of *Insight*, a national news magazine, I was extensively quoted, and described therein as "one of the nation's leading litigators." I believe that description to be an exaggeration, but I do consider myself to be an experienced plaintiffs' attorney and class action litigator.

On April 13, 2006, I was inducted as a Fellow of the Mississippi Bar Foundation, "for outstanding legal ability and devotion to the public and profession."

Outside the practice of law, I am engaged in the usual civic and religious affairs of our community. Over the course of my adult life, I have been president of the Lexington Rotary Club (and on February 15, 2011, was named a Paul Harris Fellow by the Rotary Foundation), chairman of the Board of Stewards of the Lexington Methodist Church, and the chairman of the school board. I even got elected a few years ago by the Holmes County Chamber of Commerce as Holmes County's "Man of the Year," an unusual honor for a trial lawyer. I founded and until May of 2017 was a director of Lexington Homes, Inc., a successful manufactured housing company that has employed several hundred people in our town over the past sixteen years, and am founder (and until recently co-owner) of Lexington Home Center, a hardware store/lumber yard that does right well and keeps Lexingtonians from having to shop at Lowe's or Walmart. A small award, but the one I cherish the most, came in 2005, when a local African-American church gave me its Good Samaritan Award for "generosity, compassion, kindness and love exemplified toward your fellow man and toward the poorest of the poor."

My wife Nancy Katherine and I have been married for fifty-eight years. We have three children, so far, ten grandchildren, and, as of September 2024, one great grandson. In our spare time, we share a keen interest in American history. Nancy has served a nine-year term on the governing board of the Hermitage, President Andrew Jackson's home in Nashville. I am a founding member of the Advisory Board of the Center for Civil War Research at the University of Mississippi, and was in June of 2016 appointed by Chancellor Vitter to his Advisory Committee for History and Context, which gave me a hot seat on the "third rail" of Mississippi social, political and academic affairs. Our committee was able to bring the diverse groups together in a final report issued June 7, 2017, which received favorable attention in Atlantic Magazine, in an article entitled "What Ole Miss Can Teach Universities About Grappling With

Their Pasts." My favorite line is "The Ole Miss response has been deliberate, thoughtful, and measured." Since September of 2011, I have been a member of the governing Board of Trustees of the American Battlefield Trust, the nation's largest non-profit organization dedicated to the preservation of America's battlefields. I was chair of the Milton Lee Olive Memorial Committee, which raised the money for, erected, and on July 4, 2017, dedicated a beautiful courtyard monument to the memory of Holmes County's only Medal of Honor winner. (A great video of that dedication is on our website at www.Barrettlawgroup.com). I currently serve on the Board of the University of Mississippi Foundation, which manages the University's endowment.

I still ski better than some of my grandchildren, and am a pretty good duck hunter.

Dated: December 20, 2024

John W. ("Don") Barrett