UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAN MIGUEL HOSPITAL CORPORATION d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,

    Plaintiff

v.

JOHNSON & JOHNSON, *et al.*,

    Defendants

Case No. 1:23-cv-00903-KWR-JFR

The Hon. Judge Kea Riggs

## MOTION TO APPROVE PAYMENT OF CLAIM ADMINISTRATOR EXPENSES

On March 4, 2025, the Court granted Final Approval (ECF No. 314) of four Class Action Settlements and, *inter alia*, awarded Notice and Claims Administrators Cherry Bekaert Advisory, LLC and A.B. Data Ltd. the expenses they had then incurred.[1] *See* ECF Nos. 315, 316, 317, and 318 ("Fee Approval Orders"). The time to file any notice of appeal of the Final Approval Order expired and the Class Action Settlements each became final and effective on April 4, 2025. Under the Fee Approval Orders, the Notice and Claims Administrators are permitted to submit itemized statements of fees and expenses for the Court's approval on a monthly basis. *Id*.

Attached as **Exhibits A-C** are the itemized fees and expenses of the Claims Administrator Cherry Bekaert Advisory, LLC from December 18, 2024, through March 28, 2025, which total $706,746.61. Settlement Class Counsel have reviewed these invoices and attest that they are fair, reasonable, and commensurate with the work the Claims Administrator has been appointed to do.

---

[1] The Court awarded Cherry Bekaert Advisory, LLC the expenses it had incurred up to December 17, 2024 and A.B. Data Ltd. the expenses it had incurred up to December 20, 2024. *See* ECF No. 287–20, Exs. B-24 & B-25.

1

This work includes, among other things, the processing of all claims that have been filed by Class Members, which are currently in excess of 4,000.

Accordingly, Settlement Class Counsel respectfully request the Court approve these invoices for payment and that, consistent with the Final Approval Orders, the fees and expenses owed be assessed proportionally by each Settlement's respective total Settlement Funds contribution.

Dated: April 22, 2025                    Respectfully submitted,

/s/ Warren T. Burns
Warren Burns *(pro hac vice)*
Darren Nicholson *(pro hac vice)*
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
(469) 904-4550
wburns@burnscharest.com
dnicholson@burnscharest.com

Korey A. Nelson *(pro hac vice)*
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
(504) 799-2845
knelson@burnscharest.com

Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
(505) 475-2932
chris@doddnm.com
brooke@doddnm.com

Steve Martino *(pro hac vice)*
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
(251) 433-3131
SteveMartino@taylormartino.com

        John W. (Don) Barrett *(pro hac vice)*
        David McMullan, Jr. *(pro hac vice)*
        Richard Barrett *(pro hac vice)*
        Sterling Aldridge *(pro hac vice)*
        BARRETT LAW GROUP, P.A.
        P.O. Box 927
        Lexington, Mississippi 39095
        (662) 834-2488
        dbarrett@barrettlawgroup.com
        dmcmullan@barrettlawgroup.com
        rrb@rrblawfirm.net
        saldridge@barrettlawgroup.com

        Charles J. LaDuca *(pro hac vice)*
        David L. Black *(pro hac vice)*
        Monica Miller *(pro hac vice)*
        Jennifer E. Kelly *(pro hac vice)*
        CUNEO GILBERT & LADUCA, LLP
        4725 Wisconsin Avenue, NW, Suite 200
        Washington, DC 20016
        (202) 789-3960
        charles@cuneolaw.com
        dblack@cuneolaw.com
        monicam@cuneolaw.com
        jkelly@cuneolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF system.

        */s/ Warren T. Burns*
        Warren T. Burns