IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Johnson & Johnson, *et al.*,<br><br>　　　　　　Defendants. | 1:23-CV-00903-KWR-JFR<br>The Hon. Judge Kea Riggs |

### FIRST MOTION TO APPROVE PAYMENT OF FEES AND EXPENSES OF (1) THE SPECIAL MASTER AND (2) COUNSEL FOR THE SPECIAL MASTER

Pursuant to the Court's Memorandum Opinion and Order granting Final Approval (Dkt No. 314) of four Class Action Settlements on March 4, 2025 and entering Final Approval Orders (Dkt Nos. 315, 316, 317 and 318) herein, the Special Master, Hon. Thomas L. Hogan (Ret.) and his counsel, Taft Stettinius & Hollister LLP, hereby submit a summary report of services rendered during the period **November 1, 2024[1] through February 28, 2025** as follows:

| Name | Hours | Total Fees | Total Expenses |
|---|---|---|---|
| Thomas L. Hogan, Special Master | 8.50 | $4,250 | 0 |
| Taft Stettinius & Hollister LLP | 55.30 | $46,820.50 | $573.57 |

---

[1] The Special Master rendered services in this case during the period November 1-December 31, 2024, but has elected to only seek compensation for services rendered from and after January 1, 2025

1

And during the period **March 1-31, 2025** as follows:

| Name | Hours | Total Fees | Total Expenses |
|---|---|---|---|
| Thomas L. Hogan, Special Master | 4.20 | $2,100.00 | 0 |
| Taft Stettinius & Hollister LLP | 30.70 | $26,860.00 | $434.69 |

  Detailed, unredacted invoices have been provided to Class counsel per the Court's instructions. Class counsel has reviewed and approved the fees and expenses of both the Special Master and his counsel. Redacted copies of the subject invoices are being filed under seal, per the Court's several Orders in this case (DE 315-318).

  WHEREFORE, the Special Master and his counsel request that this Court authorize and direct payment of the above-referenced sums from the Net Settlement Funds, being held by the Escrow Agent.

Dated: May 8, 2025        Respectfully submitted,

                /s/ *Thomas L. Hogan*
                Honorable Thomas L. Hogan (Ret.)

Counsel to Special Master:

Michael P. O'Neil, Bar No. 24-412
Taft Stettinius & Hollister LLP
500 Marquette Avenue Northwest
Suite 1203
Albuquerque, NM 87102
moneil@taftlaw.com
  and
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel: (317) 713-3500
Fax: (317) 713-3699

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF system.

*/s/ Michael P. O'Neil*
Michael P. O'Neil

171640884v2