IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>Johnson & Johnson, *et al.*,<br><br>                Defendants. | 1:23-CV-00903-KWR-JFR<br>The Hon. Judge Kea Riggs |

SECOND MOTION TO APPROVE PAYMENT OF
FEES AND EXPENSES OF (1) THE SPECIAL MASTER
AND (2) COUNSEL FOR THE SPECIAL MASTER
(FOR THE PERIOD APRIL 1-JULY 31, 2025)

Pursuant to the Court's Memorandum Opinion and Order granting Final Approval (Dkt No. 314) of four Class Action Settlements on March 4, 2025 and entering Final Approval Orders (Dkt Nos. 315, 316, 317 and 318) herein, the Special Master, Hon. Thomas L. Hogan (Ret.) and his counsel, Taft Stettinius & Hollister LLP, hereby submit a summary report of services rendered during the four-month period April 1-July 31, 2025.

During the period **April 1 through April 30, 2025** as follows:

| Name | Hours | Total Fees | Total Expenses |
|---|---|---|---|
| Thomas L. Hogan, Special Master | 4.60 | $2,300.00 | 0 |

| Name | Hours | Total Fees | Total Expenses |
|------|-------|-----------|----------------|
| Taft Stettinius & Hollister LLP | 8.70 | $7,612.50 | 0 |

During the period **May 1 through May 31, 2025** as follows:

| Name | Hours | Total Fees | Total Expenses |
|------|-------|-----------|----------------|
| Thomas L. Hogan, Special Master | 4.70 | $2,350.00 | 0 |
| Taft Stettinius & Hollister LLP | 9.50 | $8,312.50 | 0 |

During the period **June 1 through June 30, 2025** as follows:

| Name | Hours | Total Fees | Total Expenses |
|------|-------|-----------|----------------|
| Thomas L. Hogan, Special Master | 4.80 | $2,400.00 | 0 |
| Taft Stettinius & Hollister LLP | 10.60 | $9,275.00 | 0 |

And during the period **July 1 through July 31, 2025** as follows:

| Name | Hours | Total Fees | Total Expenses |
|------|-------|-----------|----------------|
| Thomas L. Hogan, Special Master | 7.50 | $3,375.00 | 0 |
| Taft Stettinius & Hollister LLP | 26.50 | $23,187.50 | $77.17 |

The total fees sought by the Special Master himself for this four-month period aggregates **$10,425.00**; total fees and expenses sought by counsel for the Special Master for this four-month period aggregates **$48,464.67**. Detailed, unredacted invoices have been provided to Class counsel per the Court's instructions.  Class counsel has reviewed and approved the fees of both the Special Master and his

counsel.  Redacted copies of the subject invoices are being filed under seal, per the Court's several Orders in this case (DE 315-318).

WHEREFORE, the Special Master and his counsel request that this Court authorize and direct payment of the **$10,425.00** in fees to the Special Master and **$48,464.67** in fees and expenses to Taft Stettinius & Hollister LLP, counsel for the Special Master from the Net Settlement Funds, being held by the Escrow Agent.

Dated:  August 15, 2025                          Respectfully submitted,

                                                 /s/ *Thomas L. Hogan*
                                                 Honorable Thomas L. Hogan (Ret.)

Counsel to Special Master:

Michael P. O'Neil, Bar No. 24-412
Taft Stettinius & Hollister LLP
500 Marquette Avenue Northwest
Suite 1203
Albuquerque, NM 87102
moneil@taftlaw.com
        and
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel:  (317) 713-3500
Fax: (317) 713-3699

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF system.

/s/ Michael P. O'Neil
Michael P. O'Neil

173392215v1

4