IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, *et al.*,<br><br>Defendants. | 1:23-CV-00903-KWR-JFR |

NOTICE OF IMMATERIAL MODIFICATION
OF PLAN OF ALLOCATION

The Special Master, Thomas L. Hogan, hereby notifies the Court, all parties and Class Members of an immaterial modification to the Plan of Allocation, which is part of the four distributor settlement agreements approved by the Court on March 4, 2025, (ECF Nos. 315, 316, 317 and 318) and states as follows:

1. The Plan of Allocation and the several notices and forms that pertained to the distributor settlements included the following language:

   Further, in order to encourage the development of innovative and effective OUD abatement programs, under the terms of the New Mexico settlements, the Special Master may elect to award up to $3 million to one acute care hospital that maintains a formal OUD abatement program, non-profit qualifying class member that maintains a formal abatement plan and OUD program, in addition to any allocated amount that the non-profit qualifying class member receives. A separate notice will be sent advising all acute care hospitals of the process for making application to receive those funds. **The Special Master shall, in his sole discretion, award the funds.** (*emphasis added*).

1

2. In connection with the first distribution of Allocated Amounts in late July 2025, the Special Master and the Notice and Claims Administrators included a notice to all such recipients that, in order to be eligible for the special award, they must submit an informal application by Friday, September 12, 2025; not less than 30 Class Members submitted applications.

3. After consulting with Lead Class Counsel and the Notice and Claims Administrators, the Special Master has concluded that all parties would be better served by naming three recipients of awards in the amount of $1,000,000 each, as opposed to one recipient of $3,000,000.

4. The Special Master has sole discretion to award the funds and to split the award into three smaller awards. Among other things, this has no bearing on the overall distribution(s) to Class Members, since a total of $3,000,000 was already "held back" form the first distribution of Allocated Amounts to account for the special award.

5. In the Notice sent to Class Members regarding the submission for the special award, the Notice and Claims Administrators indicated that the winner would learn of this decision by Monday October 13, 2025. However, in light of the Special Master's decision to make three separate awards of $1,000,000 each, and the fact that further deliberations are required, eligible Class Members will be notified by e-mail of the fact that the decision date has been moved back to Monday November 10, 2025.

Dated: October 8, 2025   Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By:   */s/ Michael P. O'Neil*
Michael P. O'Neil
Admitted *Pro Hac Vice*
Counsel for Ad Hoc Group of Hospitals

Counsel to Special Master:

Michael P. O'Neil, Bar No. 24-412
Taft Stettinius & Hollister LLP
500 Marquette Avenue Northwest
Suite 1203
Albuquerque, NM 87102
moneil@taftlaw.com
     and
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel: (317) 713-3500
Fax: (317) 713-3699

3

176870173v2

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025 a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF system.

*/s/ Michael P. O'Neil*
