# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>JOHNSON & JOHNSON, *et al.*,<br><br>Defendants | Case No. 1:23-cv-00903-KWR-JFR<br><br>The Hon. Judge Kea Riggs |

## <u>STIPULATION OF DISMISSAL</u>

On September 18, 2025, Plaintiff and Defendant Henry Schein, Inc. executed a settlement agreement that resolves all of Plaintiff's claims against Henry Schein, Inc. in the above-captioned matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41, Plaintiff San Miguel Hospital Corporation d/b/a Alta Vista Regional Hospital and Defendant Henry Schein, Inc. hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Henry Schein, Inc., with each side to bear its own costs and fees.

Dated: October 16, 2025                    Respectfully submitted,

                                           */s/ Warren T. Burns*
                                           _____

Warren Burns *(pro hac vice)*
Darren Nicholson *(pro hac vice)*
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
(469) 904-4550
wburns@burnscharest.com
dnicholson@burnscharest.com

Korey A. Nelson *(pro hac vice)*
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
(504) 799-2845
knelson@burnscharest.com

Christopher A. Dodd
DODD LAW OFFICE, LLC
500 Marquette Avenue NW, Suite 1330
Albuquerque, New Mexico 87102
(505) 475-2932
chris@doddnm.com

Steve Martino *(pro hac vice)*
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
(251) 433-3131
SteveMartino@taylormartino.com

John W. (Don) Barrett *(pro hac vice)*
David McMullan, Jr. *(pro hac vice)*
Richard Barrett *(pro hac vice)*
Sterling Aldridge *(pro hac vice)*
BARRETT LAW GROUP, P.A.
P.O. Box 927
Lexington, Mississippi 39095
(662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
saldridge@barrettlawgroup.com

Charles J. LaDuca *(pro hac vice)*
David L. Black *(pro hac vice)*
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
(202) 789-3960
charles@cuneolaw.com
dblack@cuneolaw.com

*Attorneys for Plaintiffs*


/s/ Bryan C. Garcia
Bryan C. Garcia
GARCIA LAW GROUP LLC
6739 Academy Road NE, Suite 200
Albuquerque, New Mexico 87109
Telephone: (505) 629-1576
Facsimile: (505) 652-1337
bgarcia@garcialawgroupllc.com

C. Scott Jones*
LOCKE LORD, LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
c.scott.jones@troutman.com

Lauren M. Fincher*
LOCKE LORD LLP
300 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800
Lauren.fincher@troutman.com

*Attorneys for Defendant Henry Schein, Inc.*

* denotes national counsel admitted *pro hac vice.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF system.

*/s/ Warren T. Burns*
Warren T. Burns
