IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, *et al.*,<br><br>Defendants. | 1:23-CV-00903-KWR-JFR<br>The Hon. Judge Kea Riggs |

**MOTION TO APPROVE PAYMENT OF
FEES AND EXPENSES OF (1) THE SPECIAL MASTER
AND (2) COUNSEL FOR THE SPECIAL MASTER
(FOR THE PERIOD OCTOBER 1-NOVEMBER 30, 2025)**

Pursuant to the Court's Memorandum Opinion and Order granting Final Approval (Dkt No. 314) of four Class Action Settlements on March 4, 2025 and entering Final Approval Orders (Dkt Nos. 315, 316, 317 and 318) herein, the Special Master, Hon. Thomas L. Hogan (Ret.) and his counsel, Taft Stettinius & Hollister LLP, hereby submit a summary report of services rendered during the two-month period October 1-November 30, 2025.

During the period **October 1 through October 31, 2025** as follows:

| Name | Hours | Total Fees | Total Expenses |
|---|---|---|---|
| Thomas L. Hogan, Special Master | 9.80 | $4,900.00 | 0 |

1

| | | | |
|---|---|---|---|
| Taft Stettinius & Hollister LLP | 16.80 | $14,700.00 | 13.02 |

During the period **November 1 through November 30, 2025** as follows:

| Name | Hours | Total Fees | Total Expenses |
|---|---|---|---|
| Thomas L. Hogan, Special Master | 4.40 | $2,200.00 | 0 |
| Taft Stettinius & Hollister LLP | 11.30 | $9,887.50 | 0 |

The total fees sought by the Special Master himself for this two-month period aggregates **$7,100.00**; total fees and expenses sought by Taft, as counsel for the Special Master, for this two-month period aggregates **$24,600.52**. Detailed, unredacted invoices have been provided to Class counsel per the Court's instructions. Class counsel has reviewed and approved the fees of both the Special Master and his counsel. Redacted copies of the subject invoices are being filed under seal, per the Court's several Orders in this case (DE 315-318).

WHEREFORE, the Special Master and his counsel request that this Court authorize and direct payment of the **$7,100.00** in fees to the Special Master and **$24,600.52** in fees and expenses to Taft Stettinius & Hollister LLP, counsel for the Special Master, from the Net Settlement Funds, being held by the Escrow Agent.

Dated: December 18, 2025                    Respectfully submitted,


                                            /s/ *Thomas L. Hogan*
                                            Honorable Thomas L. Hogan (Ret.)

2

Counsel to Special Master:

Michael P. O'Neil, Bar No. 24-412
Taft Stettinius & Hollister LLP
500 Marquette Avenue Northwest
Suite 1203
Albuquerque, NM 87102
moneil@taftlaw.com
     and
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel:  (317) 713-3500
Fax: (317) 713-3699

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served to all counsel of record via the Court's CM/ECF system.

*/s/ Michael P. O'Neil*
Michael P. O'Neil

196738040v1